Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
214-767-1088

Nancy Sue Resnick,
for the United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **PFO GLOBAL, INC., et al.**[1] | § | **Case No. 17-30355-hdh-11** |
| | § | |
| **Debtors-in-Possession.** | § | **(Jointly Administered)** |

### Amended Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE HARLIN D. HALE, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the cases of PFO Global 17-30355 and Pro- Fit Optix Inc. case no. 17-30361:

**Interim Committee Chair:**

**Commercial Real Estate Lenders Inc.**
**Harry Hahamovitch**
**President**
2214 West Atlantic Avenue
Delray Beach, Florida 33445
Phone: 561-994-2233
Fax: 561-994-2199
nancyungar@hhhcompanies.com

---

[1] 17-30358-bjh-11 Pro Fit Optix Holding Company, LLC; 17-30361-bjh-11 Pro Fit Optix, Inc.; 17-30362-hdh-11 PFO Technologies, LLC; 17-30363-hdh-11 PFO Optima, LLC; 17-30365-sgj-11 PFO MCO, LLC

**Hong Kong Optical Lens Company Limited**
**Mr. Wayne Ling**
**Director of Business Development - Overseas Department**
#311
Flat 01, 11/F Kwong San Hong Centre
151 Hoi Bun Road, Kwun Tong
Hong Kong
wayneling@hkoptlens.com
Phone: 852-36100552
Direct Line: 852- 36100552
Mobile: 852- 69989189
Fax: 852-25625524

**Howard Glancy**
5280 Chandley Farm Circle
Centreville, VA 20120
Phone: 703-932-0488
1gl4ncy@gmail.com

Dated: February 23, 2017                    Respectfully submitted,

                                            WILLIAM T. NEARY
                                            UNITED STATES TRUSTEE

                                            */s/  Nancy S. Resnick*
                                            Nancy S. Resnick
                                            Texas Bar No. 00790135
                                            Office of the United States Trustee
                                            1100 Commerce Street, Room 976
                                            Dallas, TX  75242
                                            (214) 767-1088
                                            Nancy.s.resnick@usdoj.gov