**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-30355 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PFO GLOBAL, INC. | Date Filed (f) or Converted (c): | 11/14/2017 (c) |
| For the Period Ending: | 09/30/2020 | §341(a) Meeting Date: | 03/09/2017 |
| | | Claims Bar Date: | 06/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | B15-Sole member of Pro Fit Optix Holding Company, LLC | Unknown | $0.00 | | $0.00 | FA |
| 2 | B60-Patents | Unknown | $0.00 | | $0.00 | FA |
| 3 | B61-Internet domain pfoglobal.com | Unknown | $0.00 | | $0.00 | FA |
| 4 | B65 Goodwill | Unknown | $0.00 | | $0.00 | FA |
| 5 | 73-Interest in six insurance policies- | Unknown | $0.00 | | $0.00 | $0.00 |
| | Asset Notes:  Litigation implicating insurance policies pending. | | | | | |
| 6 | Claims against directors and officers   (u) | $0.00 | $15,000,000.00 | | $0.00 | $15,000,000.00 |

**TOTALS (Excluding unknown value)**                                    **Gross Value of Remaining Asset**

$0.00           $15,000,000.00                    $0.00           $15,000,000.00

**Major Activities affecting case closing:**

10/19/2020    UPDATE 10.12.20-UPDATE 10.19.20- THIS UPDATE RELATES TO ALL OF THE JOINTLY ADMINISTERED ASSET CASES UNDER THIS CASE NUMBER 17-30355. THE COURT RECENTLY APPROVED THE SALE OF THE PROFIT CALC SOFTWARE. TRUSTEE IS WORKING ON CLOSING THE SALE. THE TRUSTEE'S SPECIAL COUNSEL CONTINUES TO PURSUE LITIGATION AGAINST THE FORMER DIRECTORS AND OFFICERS OF THE DEBTOR. THE LITIGATION IS CURRENTLY IN THE DISCOVERY PHASE. ABSENT A RECOVERY IN THE LAWSUIT, THE CASES ARE LIKELY ADMINISTRATIVELY INSOLVENT, PARTICULARLY CONSIDERING THE ADMINISTRATIVE CLAIMS FROM THE CHAPTER 11 PROFESSIONALS WHICH EXCEED $190,000.

UPDATE 10.15.19-TRUSTEEE IS PURSUING LITIGATION AGAINST DIRECTORS AND OFFICERS AS WELL AS CHAPTER 5 ACTIONS IN THE ADMINISTRATIVELY CONSOLIDATED CASES.

UPDATE 4.30.18-This case is to remain open as a no asset case as it is the lead case in the administratively consolidated cases, as follows:  Pro Fit Optix Holding Company, LLC (Case No. 17-30358); Pro Fit Optix, Inc. (Case No. 17-30361); PFO Technologies, LLC (Case No. 17-30362); PFO Optima, LLC (Case No. 17-30363); PFO MCO, LLC (Case No. 17-30365).

| Initial Projected Date Of Final Report (TFR): | 12/31/2021 | Current Projected Date Of Final Report (TFR): | /s/ SHAWN K. BROWN |
|---|---|---|---|
| | | | SHAWN K. BROWN |