**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-30358 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PRO FIT OPTIX HOLDING COMPANY, LLC | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 09/30/2020 | §341(a) Meeting Date: | 12/20/2017 |
| | | Claims Bar Date: | 06/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  B15-Non public stock and LLC interests-Sole member of 4 joint debtors 15.1-15.4. | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Pro Fit Optix, Inc., PFO Technologies, LLC, PFO Optima, LLC, PFO MCO, LLC | | | | | |
| 2  B72 Tax refunds--NOL carryovers | Unknown | $0.00 | | $0.00 | $0.00 |
| Asset Notes:   Final tax return for consolidated tax filers in the consolidated cases has not been filed. | | | | | |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**

10/12/2020    UPDATE 10.12.20-CASE TO REMAIN OPEN PENDING ADMINISTRATION OF AFFILIATE CASES FOR POTENTIAL ASSET OWNERSHIP ISSUES.

UPDATE 2.5.20-IP Marketing and administration of affiliated asset cases continues. This case continues to be held open for certain asset ownership issues.

UPDATE 10.15.19-MARKETING OF IP CONTINUES TO BE PURSUED.

UPDATE 4.30.18-This case is being held open pending determination of the ownership of certain intellectual property being marketed by the Trustee.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2021 | **Current Projected Date Of Final Report (TFR):** | /s/ SHAWN K. BROWN |
|---|---|---|---|
| | | | SHAWN K. BROWN |