Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-30362 | | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** | PFO TECHNOLOGIES, LLC | | **Date Filed (f) or Converted (c):** | 12/05/2017 (c) |
| **For the Period Ending:** | 09/30/2020 | | **§341(a) Meeting Date:** | 12/20/2017 |
| | | | **Claims Bar Date:** | 06/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  B73-Interest in insurance policies (see PFO Global schedule B) | Unknown | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:**  Litigation implicating insurance policies pending. | | | | | |

**TOTALS (Excluding unknown value)**                                                           **Gross Value of Remaining Asset**

                                                $0.00                         $0.00                                      $0.00                      $0.00

**Major Activities affecting case closing:**

10/12/2020    UPDATE 10.12.20-CASE TO REMAIN OPEN PENDING ADMINISTRATION OF AFFILIATE CASES FOR POTENTIAL ASSET OR RECOVERY OWNERSHIP ISSUES.

               UPDATE 10.15.19-IP MARKETING CONTINUES.

               UPDATE 4.30.18-This case is being held open pending determination of the ownership of certain intellectual property being marketed by the Trustee.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2021 | **Current Projected Date Of Final Report (TFR):** | /s/ SHAWN K. BROWN |
| | | | SHAWN K. BROWN |