# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 17-30365 | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** | PFO MCO, LLC | **Date Filed (f) or Converted (c):** | 12/05/2017 (c) |
| **For the Period Ending:** | 09/30/2020 | **§341(a) Meeting Date:** | 12/20/2017 |
| | | **Claims Bar Date:** | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   DIP account funds **(u)** | $0.00 | $2,500.00 | | $3,694.49 | FA |
| 2   B73-Insurance policies (see PFO Global schedule B) | Unknown | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:**   Litigation implicating insurance policies pending. | | | | | |
| 3   Texas unemployment tax refund **(u)** | $0.00 | $2,378.83 | | $2,378.83 | FA |
| 4   Insurance refund **(u)** | $0.00 | $907.90 | | $907.90 | FA |
| 5   Claims against directors and officers **(u)** | $0.00 | $15,000,000.00 | | $0.00 | $15,000,000.00 |

| | | | | | **Gross Value of Remaining Asset** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $0.00 | $15,005,786.73 | | $6,981.22 | $15,000,000.00 |

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 17-30365 | |
| **Case Name:** | PFO MCO, LLC | |
| **For the Period Ending:** | 09/30/2020 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Date Filed (f) or Converted (c):** | 12/05/2017 (c) |
| **§341(a) Meeting Date:** | 12/20/2017 |
| **Claims Bar Date:** | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/12/2020     UPDATE 10.12.20-CASE TO REMAIN OPEN PENDING ADMINISTRATION OF AFFILIATE CASES FOR POTENTIAL ASSET OR RECOVERY OWNERSHIP ISSUES. ABSENT A RECOVERY IN THE LAWSUIT, THE CASES ARE LIKELY ADMINISTRATIVELY INSOLVENT, PARTICULARLY CONSIDERING THE ADMINISTRATIVE CLAIMS FROM THE CHAPTER 11 PROFESSIONALS WHICH EXCEED $190,000. THIS CASE HAS MINIMAL CASH.

UPDATE 10.16.18-LITIGATION ANALYSIS IS ONGOING. IP ASSETS TO BE MARKETED.

UPDATE 10.15.19-DIRECTOR AND OFFICER LITIGATION PENDING. IP MARKETING ONGOING.


ASSETS ARE LIQUIDATION PROCEEDS AND CAUSES OF ACTION

MAJOR ACTIVITIES:

SECURE PROPERTY
SECURE DOCUMENTS AND DATA

CLAIMS BAR DATE SET: 12.20.17
CLAIMS REVIEW DATE:
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 17-30365 | |
| **Case Name:** | PFO MCO, LLC | |
| **For the Period Ending:** | 09/30/2020 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Date Filed (f) or Converted (c):** | 12/05/2017 (c) |
| **§341(a) Meeting Date:** | 12/20/2017 |
| **Claims Bar Date:** | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  12/31/2021     **Current Projected Date Of Final Report (TFR):**

/s/ SHAWN K. BROWN

SHAWN K. BROWN

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| **Case No.** | 17-30365 |
| **Case Name:** | PFO MCO, LLC |
| **Primary Taxpayer ID #:** | **-***4686 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/01/2019 |
| **For Period Ending:** | 09/30/2020 |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0365 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/13/2017 | (1) | PFO MCOO, LLC | DIP Account proceeds #8709 | 1290-010 | $2,500.00 | | $2,500.00 |
| 08/09/2017 | 2001 | U. S. Trustee | 2017 Q2-PFO MCO LLC 3931730365 | 2950-000 | | $325.00 | $2,175.00 |
| 08/30/2017 | (4) | GEORGE EDWARD MOORE, SANDRA LYNN PULLEY | INSURANCE REIMBURSEMENT-SANDRA | 1290-000 | $602.54 | | $2,777.54 |
| 08/30/2017 | (4) | CATHLEEN MARY GORDON | INSURANCE REIMBURSEMENT | 1290-000 | $86.88 | | $2,864.42 |
| 09/01/2017 | (4) | BRIGITTE ROUSSEAU | Insurance reimbursement | 1290-000 | $218.48 | | $3,082.90 |
| 10/10/2017 | (1) | BANK OF TEXAS | DIP Funds | 1290-010 | $429.32 | | $3,512.22 |
| 12/20/2017 | (1) | WELLS FARGO | DIP Account Funds | 1290-010 | $765.17 | | $4,277.39 |
| 02/05/2018 | (3) | TEXAS COMPTROLLER | Texas unemployment tax refund | 1224-000 | $2,378.83 | | $6,656.22 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.89 | $6,646.33 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.55 | $6,636.78 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.86 | $6,626.92 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.53 | $6,617.39 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.83 | $6,607.56 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1.58 | $6,605.98 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1.58) | $6,607.56 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $115.63 | $6,491.93 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($115.63) | $6,607.56 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $9.82 | $6,597.74 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.62 | $6,588.12 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.60 | $6,578.52 |

| | | | | **SUBTOTALS** | $6,981.22 | $402.70 | |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | | |
|---|---|---|
| **Case No.** | 17-30365 | |
| **Case Name:** | PFO MCO, LLC | |
| **Primary Taxpayer ID #:** | **-***4686 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2019 | |
| **For Period Ending:** | 09/30/2020 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0365 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,981.22 | $402.70 | $6,578.52 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,981.22 | $402.70 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,981.22 | $402.70 | |

**For the period of 10/01/2019 to 09/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $19.22 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19.22 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/10/2017 to 9/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $6,981.22 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,981.22 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $402.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $402.70 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | | |
|---|---|---|
| **Case No.** | 17-30365 | |
| **Case Name:** | PFO MCO, LLC | |
| **Primary Taxpayer ID #:** | **-***4686 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2019 | |
| **For Period Ending:** | 09/30/2020 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0365 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $6,981.22 | $402.70 | $6,578.52 |

**For the period of 10/01/2019 to 09/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $19.22 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19.22 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/10/2017 to 9/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $6,981.22 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,981.22 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $402.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $402.70 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN