**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: § | |
| § | Case No. 17-30355-SWE-7 |
| **PFO GLOBAL INC., *et al*.,** § | |
| § | Chapter 7 |
| Debtors. § | |
| § | (Jointly Administered) |

# NOTICE OF SATISFACTION OF FEE AWARD AND STIPULATION AND PROPOSED ORDER FOR RELEASE OF SUPERSEDEAS BOND

Appellant VSP Labs, Inc. ("VSP") and Appellees Hillair Capital Investments LP and Hillair Capital Management LLC (collectively, "Hillair"), through their counsel of record, enter into this Stipulation regarding the discharge and release of the supersedeas bond filed in this Court on or about January 7, 2020 (the "Supersedeas Bond").

## RECITALS

1. On February 9, 2022, the United States Court of Appeals for the Fifth Circuit affirmed the order of the United States District Court dated August 21, 2020 (the "Order"). The Order confirmed this Court's prior order dated December 12, 2019, which awarded $49,075.30 in attorney's fees and costs (the "Fee Award") to Hillair.

2. On or about January 7, 2020, VSP filed the Supersedeas Bond, reflecting that VSP, as Principal, and Aspen American Insurance Company, as Surety, would be jointly bound to pay Hillair the total sum of $58,890.36 (the "Stipulated Amount") if the Court's Fee Award became final on appeal. This amount represents the Fee Award, plus twenty percent of that amount for interest ($9,815.06).

3. On or about June 22, 2022, VSP paid Hillair $58,890.36 in full and final satisfaction of its obligation under the Stipulated Amount. This payment was made via wire transfer.

4. VSP has fully satisfied its payment obligation to Hillair and no additional amounts are owed to Hillair pursuant to the Order, the Fee Award, or the Stipulated Amount.

## STIPULATION

5. VSP and Hillair agree that the Supersedeas Bond is no longer required and that it is hereby discharged and released.

DATED: June 29, 2022  LOCKE LORD LLP

By: _____/s/ Matthew H. Davis_____
Matthew H. Davis
TX Bar No. 24069580
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
mdavis@lockelord.com

-and-

DATED: June 28, 2022  DOWNEY BRAND LLP

By: _____/s/ William R. Warne_____
William R. Warne
CA Bar No. 141280 (pro hac vice)
Jamie P. Dreher
CA Bar No. 209380 (pro hac vice)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
bwarne@downeybrand.com
jdreher@downeybrand.com.

COUNSEL FOR VSP LABS, INC.

DATED: June 28, 2022  OLSHAN FROME WOLOSKY LLP

By: _____/s/ Jonathan T. Koevary (as authorized)_____
JONATHAN T. KOEVARY
Attorney for Hillair Capital Investments LP and
Hillair Capital Management LLC

## [PROPOSED] ORDER

 IT IS SO ORDERED.

Dated this _____ day of _____, 2022

 

_____
The Honorable Scott W. Everett
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

      I certify that on June 29, 2022, a true and correct copy of the foregoing has been served via the Court's Case Management/Electronic Case Files System on all parties requesting notice in this proceeding, and by electronic mail to the counsel listed below:

| | |
|---|---|
| Jason S. Brookner | jbrookner@grayreed.com |
| Lydia R. Webb | lwebb@grayreed.com |
| Adam H. Friedman | afriedman@olshanlaw.com |
| Jonathan T. Koevary | jkoevary@olshanlaw.com |

                                                  */s/ Matthew H. Davis*
                                                  Matthew H. Davis