| | |
|---|---|
| Kevin D. McCullough<br>State Bar No. 00788005<br>Shannon S. Thomas<br>State Bar No. 24088442<br>325 N. St. Paul Street, Suite 4500<br>Dallas, Texas 75201<br>Telephone: (214) 953-0182<br>Facsimile: (214) 953-0185<br>kdm@romclaw.com<br>sthomas@romclaw.com<br><br>LOCAL SPECIAL LITIGATION COUNSEL FOR<br>SHAWN K. BROWN, CHAPTER 7 TRUSTEE | Chad P. Pugatch<br>LORIUM LAW<br>101 NE 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301<br>954-462-8000<br>cpugatch@loriumlaw.com<br>Florida Bar No.: 220582<br><br>LEAD SPECIAL LITIGATION COUNSEL FOR<br>SHAWN K. BROWN, CHAPTER 7 TRUSTEE |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re:<br><br>PFO GLOBAL, INC., *et al.*,[1]<br><br>Debtors. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 17-30355<br><br>Chapter 7<br><br>(Jointly Administered) |

I hereby certify that a true and correct copy of the below document was served via ECF Electronic Notice, where available, on August 24, 2023, and / or via first class mail on the parties listed on this 25th day of August 2023.

- *Trustee's Motion, Pursuant to Federal Rule of Bankruptcy Procedure 9019, for Entry of an Order Approving Settlement and Compromise with Debtors' Former Directors and Officers and Certain Related Parties* [Dkt. No. 604].

Dated: August 25, 2023.

Respectfully submitted,

---

[1] The debtors and their respective case numbers and last four digits of U.S. tax identification numbers are as follows: PFO Global, Inc. (Case No. 17-30355, Tax ID 4332); Pro Fit Optix Holding Company, LLC (Case No. 17-30358, Tax ID 3919); Pro Fit Optix, Inc. (Case No. 17-30361, Tax ID 0492); PFO Technologies, LLC (Case No. 17-30362, Tax ID 1430 ); PFO Optima, LLC (Case No. 17-30363, Tax ID 5197); PFO MCO, LLC (Case No. 17-30365, Tax ID 4686) (collectively, the "Debtors"). The above-captioned cases shall be referred to herein as the "Bankruptcy Cases."

*/s/ Shannon S. Thomas*
Kevin D. McCullough
State Bar No. 00788005
Shannon S. Thomas
State Bar No. 24088442
ROCHELLE McCULLOUGH, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone: 214-953-0182
Facsimile: 214-953-0185
kdm@romclaw.com
sthomas@romclaw.com

Chad P. Pugatch
Florida Bar No.: 220582
Jason E. Slatkin
Florida Bar No.: 40370
LORIUM PLLC
101 NE 3rd Avenue, Suite 1800
Fort Lauderdale, FL 33301
954-462-8000
cpugatch@loriumlaw.com
jslatkin@loriumlaw.com


Counsel for Shawn K. Brown,
Chapter 7 Trustee