INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 17-30362 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | PFO TECHNOLOGIES, LLC | | | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 12/20/2017 |
| | | | | Claims Bar Date: | 06/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  B73-Interest in insurance policies (see PFO Global schedule B) | Unknown | $0.00 | | $0.00 | $5,000,000.00 |
| Asset Notes: Litigation implicating insurance policies pending. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                                **Gross Value of Remaining Asset**
                           $0.00                          $0.00                                                 $0.00                          $5,000,000.00

**Major Activities affecting case closing:**

10/23/2023    NO UPDATE 7.20.21, 10.11.21, 1.17.22, 4.6.22, 10.11.22.

UPDATE 10.12.20-CASE TO REMAIN OPEN PENDING ADMINISTRATION OF AFFILIATE CASES FOR POTENTIAL ASSET OR RECOVERY OWNERSHIP ISSUES.

UPDATE 10.15.19-IP MARKETING CONTINUES.

UPDATE 4.30.18-This case is being held open pending determination of the ownership of certain intellectual property being marketed by the Trustee.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2023 | **Current Projected Date Of Final Report (TFR):** | 12/31/2024 | /s/ SHAWN K. BROWN |
| | | | | SHAWN K. BROWN |