Case 17-30355-swe7 Doc 625 Filed 10/30/23 Entered 10/30/23 10:48:58 Desc Main
Document Page 1 of 17


# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 17-30363 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PFO OPTIMA, LLC | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 12/20/2017 |
| | | Claims Bar Date: | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Post petition accounts receivables (u) | $0.00 | $0.00 | | $65,734.10 | FA |
| 2 | DIP bank funds (u) | $0.00 | $3,600.00 | | $3,600.00 | FA |
| 2 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Duplicate asset imported then voided | | | | | |
| 3 | B 3.1 Wells Fargo bank funds-transferred to DIP account | $37,474.15 | $0.00 | | $0.00 | FA |
| 4 | B8 Prepayments 8.1-8.2 | $325.54 | $0.00 | | $0.00 | FA |
| 5 | B11-Accounts receivables 11.a-11.b | $175,240.68 | $0.00 | | $0.00 | FA |
| 6 | B21 Finished goods-Eyeglass lenses (net book value) | $497,953.20 | $0.00 | | $29,216.47 | FA |
| 7 | B41 Office furniture | $214.92 | $0.00 | | $0.00 | FA |
| 8 | B50 Warehouse equipment | $0.00 | $0.00 | | $0.00 | FA |
| 9 | B60 Patents | Unknown | $0.00 | | $0.00 | FA |
| 10 | B63-Customer list | Unknown | $0.00 | | $0.00 | FA |
| 11 | B73-Insurance policies (per PFO Global schedule B) | Unknown | $0.00 | | $0.00 | $5,000,000.00 FA |
| Asset Notes: | Litigation implicating insurance policies pending. | | | | | |
| 12 | Connecticut unclaimed funds (u) | $0.00 | $290.62 | | $290.62 | FA |
| 13 | Claims against directors and officers (u) | $0.00 | $15,000,000.00 | | $0.00 | $15,000,000.00 |
| Asset Notes: | Litigation pending | | | | | |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

| | $711,208.49 | $15,003,890.62 | | $98,841.19 | $20,000,000.00 |

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-30363 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | PFO OPTIMA, LLC | | | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 12/20/2017 |
| | | | | Claims Bar Date: | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/23/2023    UPDATE 10.23.23--LAWSUIT AGAINST DIRECTORS AND OFFICERS SETTLED 10.6.23. TRUSTEE TO BEGIN FINALIZING CASE AND TAXES FOR FINAL REPORT.

UPDATE 3.31.23- AP DISCOVERY PROCEEDING.

UPDATE 10.11.22-ADVERSARY PROCEEDINGS IN DISCOVERY.

UPDATE 4.6.22-LITIGATION PROCEEDING IN 2 ADVERSARY PROCEEDINGS.

UPDATE 1.17.22-D&O COVERAGE LAWSUIT MEDIATION DID NOT RESULT IN SETTLEMENT.  ALL LITIGATION PROCEEDING.

UPDATE 10.11.21-DIRECTOR AND OFFICER LAWSUIT SCHEDULED FOR MEDIATION OCTOBER 27, 2021.

UPDATE 7.20.21 DIRECTOR AND OFFICER LAWSUIT IN DISCOVERY PHASE.  DECLARATORY ACTION FILED BY CARRIER OVER INSURANCE COVERAGE.

UPDATE 3.29.21-DIRECTOR AND OFFICER LAWSUIT IN DISCOVERY PHASE.  CLAIMS REVIEW AND POSSIBLE OBJECTION ANALYSIS ONGOING. COUNSEL TO PREPARE ANY NECESSARY OBJECTIONS.

UPDATE 10.2.20- LITIGATION FOR BREACHES OF FIDUCIARY DUTY ETC. BY OFFICERS AND DIRECTORS CONTINUES TO BE PURSUED BY SPECIAL COUNSEL. ABSENT A RECOVERY IN THE LAWSUIT, THE CASES ARE LIKELY ADMINISTRATIVELY INSOLVENT, PARTICULARLY CONSIDERING THE ADMINISTRATIVE CLAIMS FROM THE CHAPTER 11 PROFESSIONALS WHICH EXCEED $190,000.

UPDATE 10.15.19-TRUSTEEE IS PURSUING LITIGATION AGAINST DIRECTORS AND OFFICERS AS WELL AS CHAPTER 5 ACTIONS IN THE ADMINISTRATIVELY CONSOLIDATED CASES. IP ASSET MARKETING ONGOING.

UPDATE 10.16.18-LITIGATION ANALYSIS IS ONGOING.  IP ASSETS TO BE MARKETED.

ASSETS ARE LIQUIDATION PROCEEDS AND CAUSES OF ACTION

MAJOR ACTIVITIES:

SECURE PROPERTY
SECURE DOCUMENTS AND DATA

CLAIMS BAR DATE SET: 12.20.17

| | | | | **SUBTOTALS** | **$0.00** | **$0.00** |

| Case No.: | 17-30363 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | PFO OPTIMA, LLC | | | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 12/20/2017 |
| | | | | Claims Bar Date: | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

CLAIMS REVIEW DATE:CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DAE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**Initial Projected Date Of Final Report (TFR):**   12/31/2023         **Current Projected Date Of Final Report (TFR):**   12/31/2024         /s/ SHAWN K. BROWN

SHAWN K. BROWN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No.: | 17-30363 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | PFO OPTIMA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5197 | | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2022 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/13/2017 | (2) | PRO FIT OPTIX, INC. | DIP Account proceeds #8720 | 1229-000 | $3,600.00 | | $3,600.00 |
| 07/13/2017 | (1) | SQUARE, INC. | ACH Verification | 1221-000 | $0.01 | | $3,600.01 |
| 07/13/2017 | (1) | HARVEY & LEWIS | A/R | 1221-000 | $734.81 | | $4,334.82 |
| 07/13/2017 | (1) | AMY JEFFRIES OD PC | A/R | 1221-000 | $197.56 | | $4,532.38 |
| 07/13/2017 | 2001 | UNITED PARCEL SERVICES | Invoice 7/8/17 00005R8472277 | 6950-000 | | $1,196.86 | $3,335.52 |
| 07/17/2017 | (1) | EYECARE PARTNERS LLC | A/R | 1221-000 | $1,104.29 | | $4,439.81 |
| 07/17/2017 | (1) | K OPTICAL, INC. | A/R | 1221-000 | $1,049.56 | | $5,489.37 |
| 07/17/2017 | (1) | EYE KRAFT OPTICAL, INC. | A/R | 1221-000 | $549.65 | | $6,039.02 |
| 07/17/2017 | (1) | BURNS OPTICAL COMPANY INC. | A/R | 1221-000 | $204.87 | | $6,243.89 |
| 07/17/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC | A/R | 1221-000 | $79.04 | | $6,322.93 |
| 07/17/2017 | 2002 | OPTICOM | Invoice 170691 | 6950-000 | | $320.82 | $6,002.11 |
| 07/17/2017 | 2002 | VOID: OPTICOM | Voided and chk 2003 reissued to correct address. | 6950-003 | | ($320.82) | $6,322.93 |
| 07/17/2017 | 2003 | Opticom | Invoice 170691 | 6950-000 | | $320.82 | $6,002.11 |
| 07/20/2017 | (1) | CATHLEEN MARY GORDON | A/R | 1221-000 | $11.61 | | $6,013.72 |
| 07/20/2017 | (1) | ESSILOR OF AMERICA INC | A/R | 1221-000 | $1,886.07 | | $7,899.79 |
| 07/20/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC | A/R | 1221-000 | $521.88 | | $8,421.67 |
| 07/20/2017 | (1) | HOYA OPTICAL LABS OF AMERICA | A/R | 1221-000 | $417.25 | | $8,838.92 |
| 07/20/2017 | (1) | EYE 1 OPTICAL INC | A/R | 1221-000 | $124.64 | | $8,963.56 |
| 07/20/2017 | (1) | SHOPKO | A/R | 1221-000 | $24.44 | | $8,988.00 |
| 07/20/2017 | (1) | WHEATON EYE CLINIC | A/R | 1221-000 | $23.36 | | $9,011.36 |
| 07/21/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC. | A/R | 1221-000 | $435.53 | | $9,446.89 |
| 07/21/2017 | (1) | HOYA OPTICAL LABS OF AMERICA, INC. | A/R | 1221-000 | $82.27 | | $9,529.16 |

**SUBTOTALS** $11,046.84 $1,517.68

**FORM 2**

**Page No:** 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 17-30363 | | Trustee Name: | Shawn K. Brown |
| Case Name: | PFO OPTIMA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5197 | | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2022 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/21/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC. | A/R | 1221-000 | $68.28 | | $9,597.44 |
| 07/24/2017 | (1) | GINTER EYE CARE CENTTER INC. | A/R | 1221-000 | $367.93 | | $9,965.37 |
| 07/24/2017 | (1) | ESSILOR OF AMERICA, INC. | A/R | 1221-000 | $1,961.08 | | $11,926.45 |
| 07/24/2017 | (1) | HOYA OPTICAL LABS OF AMERICA | A/R | 1221-000 | $467.07 | | $12,393.52 |
| 07/24/2017 | (1) | OPTI-LITE OPTICAL | A/R | 1221-000 | $129.18 | | $12,522.70 |
| 07/24/2017 | (1) | AEC OPTICAL | A/R | 1221-000 | $26.58 | | $12,549.28 |
| 07/24/2017 | (1) | SQUARE | Bank account verification for ACH | 1221-000 | $0.01 | | $12,549.29 |
| 08/09/2017 | (1) | ESSILOR | A/R | 1221-000 | $1,030.81 | | $13,580.10 |
| 08/09/2017 | (1) | ESSILOR | A/R | 1221-000 | $829.94 | | $14,410.04 |
| 08/09/2017 | (1) | EYE DOCTORS OPTICAL OUTLETS PA | A/R | 1221-000 | $304.83 | | $14,714.87 |
| 08/09/2017 | (1) | AMERICAN EYEWEAR, INC. | A/R | 1221-000 | $142.00 | | $14,856.87 |
| 08/09/2017 | (1) | MEDINA VISION CARE PLLC | A/R | 1221-000 | $115.88 | | $14,972.75 |
| 08/09/2017 | (1) | SHOPKO | A/R | 1221-000 | $24.44 | | $14,997.19 |
| 08/09/2017 | 2004 | OPTICOM, INC. | Invoice 170791 | 6950-000 | | $278.30 | $14,718.89 |
| 08/09/2017 | 2005 | U. S. Trustee | Q2 2017-PFO Optima LLC 3931730363 | 2950-000 | | $650.00 | $14,068.89 |
| 08/14/2017 | (1) | TRI-STATE OPTICAL CO., INC. | A/R | 1221-000 | $10.90 | | $14,079.79 |
| 08/14/2017 | (1) | HUIMAOUNG INC | A/R | 1221-000 | $73.10 | | $14,152.89 |
| 08/14/2017 | (1) | ESSILOR | A/R | 1221-000 | $1,040.58 | | $15,193.47 |
| 08/14/2017 | (1) | ESSILOR | A/R | 1221-000 | $811.45 | | $16,004.92 |
| 08/14/2017 | (1) | ESSILOR | A/R | 1221-000 | $73.94 | | $16,078.86 |
| 08/14/2017 | (1) | GREGORY'S OPTICAL, INC. | A/R | 1221-000 | $62.12 | | $16,140.98 |
| 08/14/2017 | (1) | SUPERIOR OPTICAL LABS, INC. | A/R | 1221-000 | $38.20 | | $16,179.18 |
| 08/14/2017 | (1) | LEONARDI GROUP, INC. | A/R | 1221-000 | $20.36 | | $16,199.54 |
| 08/18/2017 | (1) | HOGENKAMP OPTICS LLC | A/R | 1221-000 | $19.63 | | $16,219.17 |
| | | | | **SUBTOTALS** | **$7,618.31** | **$928.30** | |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-30363 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PFO OPTIMA, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5197 | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2022 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/18/2017 | (1) | HARVEY & LEWIS | A/R | 1221-000 | $855.39 | | $17,074.56 |
| 08/18/2017 | (1) | ESSILOR | A/R | 1221-000 | $738.84 | | $17,813.40 |
| 08/18/2017 | (1) | CAPITAL OPTICAL CO INC | A/R | 1221-000 | $663.69 | | $18,477.09 |
| 08/18/2017 | (1) | ECLIPSE ENERGY SYSTEMS, INC. | A/R | 1221-000 | $341.11 | | $18,818.20 |
| 08/18/2017 | (1) | AMY JEFFRIES OD PC | A/R | 1221-000 | $266.87 | | $19,085.07 |
| 08/18/2017 | (1) | PEARLE EXPRESS | A/R | 1221-000 | $208.79 | | $19,293.86 |
| 08/18/2017 | (1) | UNITED OPTICAL LAB OUTLET, INC. | A/R | 1221-000 | $73.31 | | $19,367.17 |
| 08/18/2017 | (1) | ESSILOR | A/R | 1221-000 | $62.80 | | $19,429.97 |
| 08/18/2017 | (1) | SHOPKO | A/R | 1221-000 | $48.88 | | $19,478.85 |
| 08/18/2017 | (1) | SINGER OPTICAL COMPANY, INC. | A/R | 1221-000 | $41.52 | | $19,520.37 |
| 08/18/2017 | (1) | GRENE VISION GROUP, LLC | A/R | 1221-000 | $30.94 | | $19,551.31 |
| 08/18/2017 | (1) | K OPTICAL, INC. | A/R | 1221-000 | $26.34 | | $19,577.65 |
| 08/18/2017 | (1) | CHASE | A/R-ORANGE OPTICAL INC. | 1221-000 | $117.43 | | $19,695.08 |
| 08/18/2017 | (1) | THE EYE GALLERY INC | A/R | 1221-000 | $86.90 | | $19,781.98 |
| 08/18/2017 | (1) | BOUQUET MULLIGAN DEMAIO P.C. | A/R | 1221-000 | $41.65 | | $19,823.63 |
| 08/18/2017 | (1) | EYE 1 OPTICAL INC. | A/R | 1221-000 | $91.96 | | $19,915.59 |
| 08/24/2017 | (1) | LUZERNE OPTICAL LABORATORIES LTD | A/R | 1221-000 | $814.92 | | $20,730.51 |
| 08/24/2017 | (1) | HOYA OPTICAL LABS OF AMERICA | A/R | 1221-000 | $790.88 | | $21,521.39 |
| 08/24/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC. | A/R | 1221-000 | $356.56 | | $21,877.95 |
| 08/24/2017 | (1) | ESSILOR | A/R | 1221-000 | $304.34 | | $22,182.29 |
| 08/24/2017 | (1) | ESSILOR | A/R | 1221-000 | $125.39 | | $22,307.68 |
| 08/24/2017 | (1) | LA MESA VISION CARE CENTER, OPTOMETRY | A/R | 1221-000 | $77.13 | | $22,384.81 |
| 08/24/2017 | (1) | XTREME OPTICS, INC. | A/R | 1221-000 | $75.48 | | $22,460.29 |

| | | | | **SUBTOTALS** | $6,241.12 | $0.00 | |

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-30363 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PFO OPTIMA, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5197 | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2022 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/24/2017 | (1) | OPTICAL PRESCRIPTION LAB | A/R | 1221-000 | $27.63 | | $22,487.92 |
| 08/24/2017 | (1) | NY OPTICAL SUPPLY, INC. | A/R | 1221-000 | $23.23 | | $22,511.15 |
| 08/24/2017 | (1) | NATIONAL VISION, INC. | A/R | 1221-000 | $641.13 | | $23,152.28 |
| 08/24/2017 | (1) | HOYA OPTICAL LABS OF AMERICA | A/R | 1221-000 | $117.42 | | $23,269.70 |
| 08/24/2017 | (1) | ROBERTSON OPTICAL LABORATORIES, INC. | A/R | 1221-000 | $37.24 | | $23,306.94 |
| 08/24/2017 | (1) | HOYA OPTICAL LABS OF AMERICA | A/R | 1221-000 | $287.08 | | $23,594.02 |
| 08/24/2017 | (1) | ESSILOR | A/R | 1221-000 | $264.87 | | $23,858.89 |
| 08/24/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC. | A/R | 1221-000 | $169.26 | | $24,028.15 |
| 08/24/2017 | (1) | THE OPTICAL LABORATORY, INC. | A/R | 1221-000 | $110.23 | | $24,138.38 |
| 08/24/2017 | (1) | INTERSTATE OPTICAL | A/R | 1221-000 | $98.10 | | $24,236.48 |
| 08/24/2017 | (1) | INTERSTATE OPTICAL | A/R | 1221-000 | $78.64 | | $24,315.12 |
| 08/24/2017 | (1) | ESSILOR | A/R | 1221-000 | $68.81 | | $24,383.93 |
| 08/24/2017 | (1) | SHOPKO | A/R | 1221-000 | $73.33 | | $24,457.26 |
| 08/24/2017 | (1) | AMERICAN EYEWEAR, INC. | A/R | 1221-000 | $942.00 | | $25,399.26 |
| 08/30/2017 | (1) | OPTI-STOCK, LLC | A/R | 1221-000 | $242.31 | | $25,641.57 |
| 08/30/2017 | (1) | WHEATON EYE CLINIC | A/R | 1221-000 | $25.06 | | $25,666.63 |
| 08/30/2017 | (1) | EYECARE PARTNERS LLC | A/R | 1221-000 | $1,474.93 | | $27,141.56 |
| 08/30/2017 | (1) | THREE RIVERS OPTICAL COMPANY | A/R | 1221-000 | $329.49 | | $27,471.05 |
| 08/30/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC. | A/R | 1221-000 | $487.82 | | $27,958.87 |
| 08/30/2017 | (1) | ESSILOR | A/R | 1221-000 | $1,777.27 | | $29,736.14 |
| 08/30/2017 | (1) | ESSILOR | A/R | 1221-000 | $787.76 | | $30,523.90 |
| 08/30/2017 | (1) | ESSILOR | A/R | 1221-000 | $214.00 | | $30,737.90 |
| 08/30/2017 | (1) | DIVERSIFIED OPTHALMICS INC. | A/R | 1221-000 | $53.27 | | $30,791.17 |

**SUBTOTALS**   $8,330.88   $0.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 17-30363 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | PFO OPTIMA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5197 | | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2022 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/01/2017 | (1) | ESSILOR | A/R | 1221-000 | $256.62 | | $31,047.79 |
| 09/01/2017 | (1) | ESSILOR | A/R | 1221-000 | $159.32 | | $31,207.11 |
| 09/01/2017 | (1) | SHOPKO | A/R | 1221-000 | $48.88 | | $31,255.99 |
| 09/01/2017 | (1) | OPTICAL WHOLESALE | A/R | 1221-000 | $38.06 | | $31,294.05 |
| 09/05/2017 | (1) | ESSILOR | A/R | 1221-000 | $2,433.46 | | $33,727.51 |
| 09/05/2017 | (1) | EYE DOCTORS OPTICAL OUTLETS PA | A/R | 1221-000 | $371.20 | | $34,098.71 |
| 09/05/2017 | (1) | MIA-LAB, INC. | A/R | 1221-000 | $260.68 | | $34,359.39 |
| 09/05/2017 | (1) | ESSILOR | A/R | 1221-000 | $230.97 | | $34,590.36 |
| 09/05/2017 | (1) | ESSILOR | A/R | 1221-000 | $202.73 | | $34,793.09 |
| 09/05/2017 | (1) | BETTER OPTICS INC. | A/R | 1221-000 | $86.84 | | $34,879.93 |
| 09/05/2017 | (1) | LARAMY-K | A/R | 1221-000 | $80.56 | | $34,960.49 |
| 09/05/2017 | (1) | ABB OPTICAL GROUP | A/R | 1221-000 | $56.49 | | $35,016.98 |
| 09/07/2017 | (1) | AMERICAN EYEWEAR, INC. | A/R--CORRECTING DEPOSIT TO SHOW RIGHT AMOUNT | 1221-000 | $0.60 | | $35,017.58 |
| 09/12/2017 | (1) | SQUARE, INC. | Account set up wire | 1221-000 | $0.01 | | $35,017.59 |
| 09/18/2017 | (1) | SQUARE, INC. | A/R | 1221-000 | $4,354.29 | | $39,371.88 |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $1,227.15 | | $40,599.03 |
| 09/25/2017 | (1) | NATIONAL VISION, INC. | A/R | 1221-000 | $960.87 | | $41,559.90 |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $686.05 | | $42,245.95 |
| 09/25/2017 | (1) | HOYA OPTICAL LABS OF AMERICA, INC. | A/R | 1221-000 | $172.40 | | $42,418.35 |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $123.46 | | $42,541.81 |
| 09/25/2017 | (1) | LEONARDI GROUP, INC. | A/R | 1221-000 | $84.65 | | $42,626.46 |
| 09/25/2017 | (1) | THE EYE GALLERY INC. | A/R | 1221-000 | $75.64 | | $42,702.10 |
| 09/25/2017 | (1) | HUIMAOUNG INC. | A/R | 1221-000 | $29.70 | | $42,731.80 |
| 09/25/2017 | (1) | PAERLE VISION CENTER | A/R | 1221-000 | $144.22 | | $42,876.02 |
| | | | | **SUBTOTALS** | **$12,084.85** | **$0.00** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| Case No. | 17-30363 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PFO OPTIMA, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5197 | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2022 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/25/2017 | (1) | EYE CENTERS OF TENNESSEE LLC | A/R | 1221-000 | $59.12 | | $42,935.14 |
| 09/25/2017 | (1) | SINGER OPTICAL COMPANY, INC. | A/R | 1221-000 | $40.21 | | $42,975.35 |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $345.17 | | $43,320.52 |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $109.70 | | $43,430.22 |
| 09/25/2017 | (1) | CAPITAL OPTICAL CO INC | A/R | 1221-000 | $217.85 | | $43,648.07 |
| 09/25/2017 | (1) | AMERICAN EYEWEAR INC. | A/R | 1221-000 | $128.72 | | $43,776.79 |
| 09/25/2017 | (1) | GREGORY'S OPTICAL, INC. | A/R | 1221-000 | $92.15 | | $43,868.94 |
| 09/25/2017 | (1) | TRI-STATE OPTICAL CO., INC. | A/R | 1221-000 | $41.05 | | $43,909.99 |
| 09/25/2017 | (1) | BURNS OPTICAL COMANY INC | A/R | 1221-000 | $267.88 | | $44,177.87 |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $517.75 | | $44,695.62 |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $200.34 | | $44,895.96 |
| 09/25/2017 | (1) | OPTI-LITE OPTICAL | A/R | 1221-000 | $142.35 | | $45,038.31 |
| 09/25/2017 | (1) | WHEATON EYE CLINIC | A/R | 1221-000 | $17.90 | | $45,056.21 |
| 09/25/2017 | (1) | SHOPKO | A/R | 1221-000 | $61.11 | | $45,117.32 |
| 09/25/2017 | (1) | K OPTICAL, INC. | A/R | 1221-000 | $184.49 | | $45,301.81 |
| 09/25/2017 | (1) | AMY JEFFRIES OD PC | A/R | 1221-000 | $128.63 | | $45,430.44 |
| 09/25/2017 | (1) | SHOPKO | A/R | 1221-000 | $122.22 | | $45,552.66 |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $1,165.47 | | $46,718.13 |
| 09/25/2017 | (1) | HARVEY & LEWIS | A/R | 1221-000 | $833.04 | | $47,551.17 |
| 09/25/2017 | (1) | HOYA OPTICAL LABS OF AMERICA, INC. | A/R | 1221-000 | $244.68 | | $47,795.85 |
| 09/25/2017 | (1) | HOYA OPTICAL LABS OF AMERICA | A/R | 1221-000 | $180.19 | | $47,976.04 |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $118.29 | | $48,094.33 |
| 09/25/2017 | (1) | SHOPKO | A/R | 1221-000 | $97.77 | | $48,192.10 |
| 09/25/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC. | A/R | 1221-000 | $55.58 | | $48,247.68 |
| | | | | **SUBTOTALS** | **$5,371.66** | **$0.00** | |

**FORM 2**

Page No: 7

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-30363 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | PFO OPTIMA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5197 | | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2022 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $50.17 | | $48,297.85 |
| 09/25/2017 | (1) | UNITED OPTICAL LAB OUTLET, INC. | A/R | 1221-000 | $39.15 | | $48,337.00 |
| 09/25/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC. | A/R | 1221-000 | $38.56 | | $48,375.56 |
| 09/25/2017 | (1) | LINDEN OPTOMETRY, A.P.C. | A/R | 1221-000 | $221.19 | | $48,596.75 |
| 09/25/2017 | (1) | BOUQUET MULLIGAN DEMAIO P.C. | A/R | 1221-000 | $40.86 | | $48,637.61 |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $1,484.45 | | $50,122.06 |
| 09/25/2017 | (1) | ESSILOR | A/R | 1221-000 | $159.75 | | $50,281.81 |
| 09/25/2017 | (1) | HOYA OPTICAL LABS OF AMERICA | A/R | 1221-000 | $242.28 | | $50,524.09 |
| 09/25/2017 | (1) | GLOBAL OPTICS INC. | A/R | 1221-000 | $35.00 | | $50,559.09 |
| 09/25/2017 | (1) | NATIONAL VISION INC | A/R | 1221-000 | $126.95 | | $50,686.04 |
| 09/25/2017 | (1) | EYE 1 OPTICAL INC. | A/R | 1221-000 | $107.28 | | $50,793.32 |
| 09/27/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC. | A/R | 1221-000 | $235.32 | | $51,028.64 |
| 09/27/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC. | A/R | 1221-000 | $144.93 | | $51,173.57 |
| 09/27/2017 | (1) | ESSILOR | A/R | 1221-000 | $32.44 | | $51,206.01 |
| 09/27/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC. | A/R | 1221-000 | $226.38 | | $51,432.39 |
| 09/27/2017 | (1) | INTERSTATE OPTICAL | A/R | 1221-000 | $155.20 | | $51,587.59 |
| 09/27/2017 | (1) | MEDINA VISION CARE PLLC | A/R | 1221-000 | $121.52 | | $51,709.11 |
| 09/27/2017 | (1) | GRENE VISION GROUP, LLC | A/R | 1221-000 | $91.20 | | $51,800.31 |
| 09/27/2017 | (1) | XTREME OPTICS INC. | A/R | 1221-000 | $82.16 | | $51,882.47 |
| 09/27/2017 | (1) | NY OPTICAL SUPPLY INC. | A/R | 1221-000 | $48.06 | | $51,930.53 |
| 09/27/2017 | (1) | EXPERT OPTICS, INC. | A/R | 1221-000 | $17.90 | | $51,948.43 |
| 09/28/2017 | 2006 | CATHLEEN GORDON | Contract labor | 6950-000 | | $3,234.00 | $48,714.43 |
| 09/28/2017 | 2007 | GEORGE EDWARD MOORE | Contract--IT services | 6950-000 | | $510.00 | $48,204.43 |
| | | | | **SUBTOTALS** | **$3,700.75** | **$3,744.00** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8

| Case No.: | 17-30363 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PFO OPTIMA, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5197 | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2022 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/28/2017 | 2008 | HOUSTON SOFTWARE INC. | Data hosting--6 months | 6950-000 | | $1,800.00 | $46,404.43 |
| 09/28/2017 | 2009 | RELIANT | August 2017 electricity | 6950-000 | | $809.24 | $45,595.19 |
| 10/04/2017 | (1) | GLOBAL OPTICS INC. | A/R | 1221-000 | $1,447.45 | | $47,042.64 |
| 10/04/2017 | (1) | SNYDER OPTICAL CO | A/R | 1221-000 | $109.44 | | $47,152.08 |
| 10/04/2017 | (1) | THREE RIVERS OPTICAL COMPANY | A/R | 1221-000 | $57.96 | | $47,210.04 |
| 10/04/2017 | (1) | OPTICAL WHOLESALE | A/R | 1221-000 | $20.96 | | $47,231.00 |
| 10/10/2017 | (1) | OPTI-LITE OPTICAL | A/R | 1221-000 | $166.17 | | $47,397.17 |
| 10/10/2017 | (1) | EYE DOCTORS OPTICAL OUTLETS PA | A/R | 1221-000 | $201.28 | | $47,598.45 |
| 10/10/2017 | (1) | NATIONAL VISION INC. | A/R | 1221-000 | $241.11 | | $47,839.56 |
| 10/16/2017 | (1) | EYECARE PARTNERS LLC | A/R | 1221-000 | $3,356.34 | | $51,195.90 |
| 10/16/2017 | (1) | ESSILOR | A/R | 1221-000 | $24.15 | | $51,220.05 |
| 10/16/2017 | (1) | PEARLE VISION CENTER | A/R | 1221-000 | $2.88 | | $51,222.93 |
| 10/16/2017 | (6) | ROSEN SYSTEMS, INC. | AUCTION PROCEEDS | 1129-000 | $29,216.47 | | $80,439.40 |
| 10/18/2017 | 2010 | CATHLEEN GORDON | Contract labor 10/8/17 | 6950-000 | | $1,197.00 | $79,242.40 |
| 10/20/2017 | (1) | LUZERNE OPTICAL LABORATORIES LTD | A/R | 1221-000 | $715.97 | | $79,958.37 |
| 10/23/2017 | (1) | ESSILOR | A/R | 1221-000 | $126.92 | | $80,085.29 |
| 10/25/2017 | 2011 | PRO FIT OPTIX, INC. | Wire dated 9.18.17 mistakenly deposited and is being sent to related case Pro Fit Optix, Inc. case no 17-30361 | 8500-002 | | $4,354.29 | $75,731.00 |
| 10/26/2017 | (1) | ESSILOR | A/R | 1221-000 | $41.61 | | $75,772.61 |
| 10/26/2017 | 2012 | GEORGE EDWARD MOORE | Contract--IT services and wind down services. | 6950-000 | | $6,818.00 | $68,954.61 |
| 10/26/2017 | 2013 | CATHLEEN GORDON | Contract labor 10/22/17 | 6950-000 | | $1,155.00 | $67,799.61 |
| 11/06/2017 | (1) | HOYA OPTICAL LABS OF AMERICA INC. | A/R | 1221-000 | $344.96 | | $68,144.57 |
| 11/06/2017 | (1) | BETTER OPTICS INC. | A/R | 1221-000 | $264.87 | | $68,409.44 |
| 11/06/2017 | (1) | ABB OPTICAL GROUP, LLC | A/R | 1221-000 | $12.03 | | $68,421.47 |
| | | | **SUBTOTALS** | | **$36,350.57** | **$16,133.53** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9

| Case No.: | 17-30363 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PFO OPTIMA, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5197 | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2022 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/06/2017 | (1) | ESSILOR | A/R | 1221-000 | $590.13 | | $69,011.60 |
| 11/06/2017 | (1) | GLOBAL OPTICS INC. | A/R | 1221-000 | $156.62 | | $69,168.22 |
| 11/10/2017 | (1) | CHERRY OPTICAL, INC. | A/R | 1221-000 | $156.62 | | $69,324.84 |
| 11/13/2017 | 2014 | CATHLEEN GORDON | Contract labor 11/5/17 | 6950-000 | | $1,197.00 | $68,127.84 |
| 11/15/2017 | (1) | ESSILOR | A/R | 1221-000 | $800.00 | | $68,927.84 |
| 11/15/2017 | (1) | ABB OPTICAL GROUP, LLC | A/R | 1221-000 | $719.32 | | $69,647.16 |
| 11/27/2017 | (1) | CARL ZEISS VISION INC. | A/R | 1221-000 | $17.10 | | $69,664.26 |
| 12/01/2017 | (1) | ESSILOR | A/R | 1221-000 | $40.00 | | $69,704.26 |
| 12/13/2017 | 2015 | Rosen Systems, Inc. | Order Dkt # 360 | 3620-000 | | $2,554.00 | $67,150.26 |
| 12/20/2017 | (1) | FEDEX | Refund | 1221-000 | $21.69 | | $67,171.95 |
| 01/05/2018 | (1) | OPTI-LITE OPTICAL | A/R | 1221-000 | $141.43 | | $67,313.38 |
| 01/11/2018 | (1) | LAB-TECH FLORIDA | A/R Settlement | 1221-000 | $4,220.79 | | $71,534.17 |
| 01/11/2018 | 2016 | CATHLEEN GORDON | Contract labor 11.12.17-12.31.17 Order DE# 376 | 6950-000 | | $1,743.00 | $69,791.17 |
| 01/22/2018 | (1) | NATIO0NAL VISION INC. | A/R | 1221-000 | $313.89 | | $70,105.06 |
| 01/27/2018 | 2017 | CATHLEEN GORDON | Contract labor 1/7/18 and 1/14/18 DE# 376 | 6950-000 | | $336.00 | $69,769.06 |
| 02/13/2018 | 2018 | CATHLEEN GORDON | Contract labor 1/29-2/8/18 DE# 376 | 6950-000 | | $294.00 | $69,475.06 |
| 02/26/2018 | 2019 | CATHLEEN GORDON | Contract labor 1/21-1/28/18 DE# 376 | 6950-000 | | $147.00 | $69,328.06 |
| 03/07/2018 | 2020 | CATHLEEN GORDON | Contract labor 2/18/18 and 2/25/18 DE# 376 | 6950-000 | | $189.00 | $69,139.06 |
| 03/21/2018 | 2021 | CATHLEEN GORDON | Contract labor 3/4/18 and 3/11/18 DE# 376 | 6950-000 | | $63.00 | $69,076.06 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $102.91 | $68,973.15 |
| 04/19/2018 | 2022 | AR Solutions , LLC | Fees-Order Dkt# 384 and 385 | 3991-320 | | $1,074.15 | $67,899.00 |
| 04/30/2018 | (1) | EGMA LENS FACTORY L.L.C | A/R 9.30.17 invoice | 1221-000 | $628.00 | | $68,527.00 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $99.00 | $68,428.00 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $101.65 | $68,326.35 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $98.22 | $68,228.13 |

|  |  |  |  | SUBTOTALS | $7,805.59 | $7,998.93 |  |

**FORM 2**

Page No: 10

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | |
|---|---|---|---|---|---|
| **Case No.** | 17-30363 | | **Trustee Name:** | Shawn K. Brown | |
| **Case Name:** | PFO OPTIMA, LLC | | **Bank Name:** | Independent Bank | |
| **Primary Taxpayer ID #:** | **-***5197 | | **Checking Acct #:** | ******0363 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | | |
| **For Period Beginning:** | 10/01/2022 | | **Blanket bond (per case limit):** | $300,000.00 | |
| **For Period Ending:** | 09/30/2023 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/05/2018 | 2023 | CATHLEEN GORDON | Contract labor 3/18/18 - 6/3/18 DE# 376 | 6950-000 | | $273.00 | $67,955.13 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $101.14 | $67,853.99 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $16.26 | $67,837.73 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($16.26) | $67,853.99 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1,187.44 | $66,666.55 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1,187.44) | $67,853.99 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $100.85 | $67,753.14 |
| 11/12/2018 | 2024 | CATHLEEN GORDON | Contract labor 7/8/18 - 9/23/18 DE# 376 | 6950-000 | | $315.00 | $67,438.14 |
| 11/27/2018 | (12) | OFFICE OFF THE STATE COMPTROLLER TO THE STATE | Connecticut unclaimed property | 1290-000 | $290.62 | | $67,728.76 |
| 02/26/2019 | 2025 | CATHLEEN GORDON | Contract labor 10/28/18 - 1/27/19 DE# 376 | 6950-000 | | $168.00 | $67,560.76 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $98.52 | $67,462.24 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $98.38 | $67,363.86 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $98.23 | $67,265.63 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $98.09 | $67,167.54 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $97.95 | $67,069.59 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $97.80 | $66,971.79 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $97.66 | $66,874.13 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $97.52 | $66,776.61 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $97.38 | $66,679.23 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $97.23 | $66,582.00 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $97.09 | $66,484.91 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $96.95 | $66,387.96 |
| 07/31/2021 | 2026 | B. Riley Financial Advisory | Retainer per Order ECF 580 and Application ECF 578. | 3731-000 | | $30,000.00 | $36,387.96 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $63.62 | $36,324.34 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $52.97 | $36,271.37 |
| | | | **SUBTOTALS** | | **$290.62** | **$32,247.38** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 11

| Case No. | 17-30363 | | Trustee Name: | Shawn K. Brown |
| --- | --- | --- | --- | --- |
| Case Name: | PFO OPTIMA, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5197 | | Checking Acct #: | ******0363 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2022 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $52.89 | $36,218.48 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $52.81 | $36,165.67 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $52.74 | $36,112.93 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $52.66 | $36,060.27 |
| 02/22/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $36,060.27 | $0.00 |
| | | | **TOTALS:** | | $98,841.19 | $98,841.19 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $36,060.27 | |
| | | | **Subtotal** | | $98,841.19 | $62,780.92 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $98,841.19 | $62,780.92 | |

| For the period of 10/01/2022 to 09/30/2023 | | For the entire history of the account between 07/10/2017 to 9/30/2023 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $98,841.19 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $98,841.19 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $58,426.63 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $4,354.29 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $62,780.92 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $36,060.27 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 12

| **Case No.** | 17-30363 | | **Trustee Name:** | Shawn K. Brown |
|---|---|---|---|---|
| **Case Name:** | PFO OPTIMA, LLC | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***5197 | | **Checking Acct #:** | ******0002 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 10/01/2022 | | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 09/30/2023 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/22/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $36,060.27 | | $36,060.27 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $53.59 | $36,006.68 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $51.79 | $35,954.89 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $53.44 | $35,901.45 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $51.64 | $35,849.81 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $53.28 | $35,796.53 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $53.20 | $35,743.33 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $51.41 | $35,691.92 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $51.33 | $35,640.59 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $51.26 | $35,589.33 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $52.89 | $35,536.44 |

**SUBTOTALS**          $36,060.27          $523.83

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 13

| | |  | | |
|---|---|---|---|---|
| Case No. | 17-30363 | | Trustee Name: | Shawn K. Brown |
| Case Name: | PFO OPTIMA, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5197 | | Checking Acct #: | ******0002 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2022 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $36,060.27 | $523.83 | $35,536.44 |
| | | **Less: Bank transfers/CDs** | | $36,060.27 | $0.00 | |
| | | **Subtotal** | | $0.00 | $523.83 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $0.00 | $523.83 | |

| For the period of 10/01/2022 to 09/30/2023 | | For the entire history of the account between 02/22/2022 to 9/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $36,060.27 |
| | | | |
| Total Compensable Disbursements: | $155.48 | Total Compensable Disbursements: | $523.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $155.48 | Total Comp/Non Comp Disbursements: | $523.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 14

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 17-30363 | | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** | PFO OPTIMA, LLC | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***5197 | | **Checking Acct #:** | ******0002 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 10/01/2022 | | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 09/30/2023 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $98,841.19 | $63,304.75 | $35,536.44 |

| For the period of 10/01/2022 to 09/30/2023 | | For the entire history of the account between 02/22/2022 to 9/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $98,841.19 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $98,841.19 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $36,060.27 |
| | | | |
| Total Compensable Disbursements: | $155.48 | Total Compensable Disbursements: | $58,950.46 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $4,354.29 |
| Total Comp/Non Comp Disbursements: | $155.48 | Total Comp/Non Comp Disbursements: | $63,304.75 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $36,060.27 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN