**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-30365 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | PFO MCO, LLC | | | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 12/20/2017 |
| | | | | Claims Bar Date: | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  DIP account funds (u) | $0.00 | $2,500.00 | | $3,694.49 | FA |
| 2  B73-Insurance policies (see PFO Global schedule B) | Unknown | $0.00 | | $0.00 | $5,000,000.00 |
| **Asset Notes:** Litigation implicating insurance policies pending. | | | | | |
| 3  Texas unemployment tax refund (u) | $0.00 | $2,378.83 | | $2,378.83 | FA |
| 4  Insurance refund (u) | $0.00 | $907.90 | | $907.90 | FA |
| 5  Claims against directors and officers (u) | $0.00 | $15,000,000.00 | | $0.00 | $15,000,000.00 |

**TOTALS (Excluding unknown value)** 

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $0.00 | $15,005,786.73 | | $6,981.22 | $20,000,000.00 |

**Major Activities affecting case closing:**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 17-30365 | Trustee Name: | Shawn K. Brown |
| Case Name: | PFO MCO, LLC | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 12/20/2017 |
| | | Claims Bar Date: | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/23/2023    UPDATE 10.23.23--LAWSUIT AGAINST DIRECTORS AND OFFICERS SETTLED 10.6.23. TRUSTEE TO BEGIN FINALIZING CASE AND TAXES FOR FINAL REPORT.

UPDATE 3.31.23- AP DISCOVERY PROCEEDING.

UPATE 10.11.22-ADVERSARY PROCEEDINGS IN DISCOVERY.

UPDATE 4.6.22-LITIGATION PROCEEDING IN 2 ADVERSARY PROCEEDINGS.

UPDATE 1.17.22-D&O COVERAGE LAWSUIT MEDIATION DID NOT RESULT IN SETTLEMENT.  ALL LITIGATION PROCEEDING.

UPDATE 10.11.21-DIRECTOR AND OFFICER LAWSUIT SCHEDULED FOR MEDIATION OCTOBER 27, 2021.

UPDATE 7.20.21 DIRECTOR AND OFFICER LAWSUIT IN DISCOVERY PHASE.  DECLARATORY ACTION FILED BY CARRIER OVER INSURANCE COVERAGE.

UPDATE 3.29.21-DIRECTOR AND OFFICER LAWSUIT IN DISCOVERY PHASE.  CLAIMS REVIEW AND POSSIBLE OBJECTION ANALYSIS ONGOING. COUNSEL TO PREPARE ANY NECESSARY OBJECTIONS.

UPDATE 10.12.20-CASE TO REMAIN OPEN PENDING ADMINISTRATION OF AFFILIATE CASES FOR POTENTIAL ASSET OR RECOVERY OWNERSHIP ISSUES. ABSENT A RECOVERY IN THE LAWSUIT, THE CASES ARE LIKELY ADMINISTRATIVELY INSOLVENT, PARTICULARLY CONSIDERING THE ADMINISTRATIVE CLAIMS FROM THE CHAPTER 11 PROFESSIONALS WHICH EXCEED $190,000.  THIS CASE HAS MINIMAL CASH.

UPDATE 10.16.18-LITIGATION ANALYSIS IS ONGOING.  IP ASSETS TO BE MARKETED.

UPDATE 10.15.19-DIRECTOR AND OFFICER LITIGATION PENDING.  IP MARKETING ONGOING.


ASSETS ARE LIQUIDATION PROCEEDS AND CAUSES OF ACTION

MAJOR ACTIVITIES:

SECURE PROPERTY
SECURE DOCUMENTS AND DATA

CLAIMS BAR DATE SET: 12.20.17

|  | **SUBTOTALS** | $0.00 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-30365 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | PFO MCO, LLC | | | Date Filed (f) or Converted (c): | 12/05/2017 (c) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 12/20/2017 |
| | | | | Claims Bar Date: | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

CLAIMS REVIEW DATE:
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2023 | **Current Projected Date Of Final Report (TFR):** | 12/31/2024 | /s/ SHAWN K. BROWN |
|---|---|---|---|---|
| | | | | SHAWN K. BROWN |

**FORM 2**

**Page No:** 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No. | 17-30365 | Trustee Name: | Shawn K. Brown |
| Case Name: | PFO MCO, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4686 | Checking Acct #: | ******0365 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2022 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/13/2017 | (1) | PFO MCOO, LLC | DIP Account proceeds #8709 | 1290-010 | $2,500.00 | | $2,500.00 |
| 08/09/2017 | 2001 | U. S. Trustee | 2017 Q2-PFO MCO LLC 3931730365 | 2950-000 | | $325.00 | $2,175.00 |
| 08/30/2017 | (4) | GEORGE EDWARD MOORE, SANDRA LYNN PULLEY | INSURANCE REIMBURSEMENT-SANDRA | 1290-000 | $602.54 | | $2,777.54 |
| 08/30/2017 | (4) | CATHLEEN MARY GORDON | INSURANCE REIMBURSEMENT | 1290-000 | $86.88 | | $2,864.42 |
| 09/01/2017 | (4) | BRIGITTE ROUSSEAU | Insurance reimbursement | 1290-000 | $218.48 | | $3,082.90 |
| 10/10/2017 | (1) | BANK OF TEXAS | DIP Funds | 1290-010 | $429.32 | | $3,512.22 |
| 12/20/2017 | (1) | WELLS FARGO | DIP Account Funds | 1290-010 | $765.17 | | $4,277.39 |
| 02/05/2018 | (3) | TEXAS COMPTROLLER | Texas unemployment tax refund | 1224-000 | $2,378.83 | | $6,656.22 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.89 | $6,646.33 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.55 | $6,636.78 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.86 | $6,626.92 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.53 | $6,617.39 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $9.83 | $6,607.56 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1.58 | $6,605.98 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1.58) | $6,607.56 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $115.63 | $6,491.93 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($115.63) | $6,607.56 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $9.82 | $6,597.74 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.62 | $6,588.12 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.60 | $6,578.52 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.59 | $6,568.93 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.57 | $6,559.36 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.56 | $6,549.80 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.55 | $6,540.25 |
| | | | **SUBTOTALS** | | $6,981.22 | $440.97 | |

**FORM 2**

**Page No:** 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 17-30365 | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** | PFO MCO, LLC | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***4686 | **Checking Acct #:** | ******0365 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/01/2022 | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 09/30/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.53 | $6,530.72 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.52 | $6,521.20 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.50 | $6,511.70 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.49 | $6,502.21 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.48 | $6,492.73 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.46 | $6,483.27 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.45 | $6,473.82 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.44 | $6,464.38 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.42 | $6,454.96 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.41 | $6,445.55 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.39 | $6,436.16 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.38 | $6,426.78 |
| 02/22/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $6,426.78 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $6,540.25 |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-30365 | |
| **Case Name:** | PFO MCO, LLC | |
| **Primary Taxpayer ID #:** | **-***4686 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2022 | |
| **For Period Ending:** | 09/30/2023 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0365 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,981.22 | $6,981.22 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $6,426.78 | |
| | | | **Subtotal** | | $6,981.22 | $554.44 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,981.22 | $554.44 | |

| For the period of 10/01/2022 to 09/30/2023 | | For the entire history of the account between 07/10/2017 to 9/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $6,981.22 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $6,981.22 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $554.44 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $554.44 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $6,426.78 |

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-30365 | |
| **Case Name:** | PFO MCO, LLC | |
| **Primary Taxpayer ID #:** | **-***4686 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2022 | |
| **For Period Ending:** | 09/30/2023 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0003 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/22/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $6,426.78 | | $6,426.78 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.55 | $6,417.23 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.23 | $6,408.00 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.52 | $6,398.48 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.20 | $6,389.28 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.49 | $6,379.79 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.48 | $6,370.31 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.16 | $6,361.15 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.14 | $6,352.01 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.13 | $6,342.88 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.42 | $6,333.46 |

**SUBTOTALS** $6,426.78 $93.32

**FORM 2**

Page No: 5

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No. | 17-30365 | Trustee Name: | Shawn K. Brown |
| Case Name: | PFO MCO, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4686 | Checking Acct #: | ******0003 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/01/2022 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,426.78 | $93.32 | $6,333.46 |
| | | | Less: Bank transfers/CDs | | $6,426.78 | $0.00 | |
| | | | Subtotal | | $0.00 | $93.32 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $93.32 | |

| For the period of 10/01/2022 to 09/30/2023 | | For the entire history of the account between 02/22/2022 to 9/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $6,426.78 |
| | | | |
| Total Compensable Disbursements: | $27.69 | Total Compensable Disbursements: | $93.32 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27.69 | Total Comp/Non Comp Disbursements: | $93.32 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 17-30365 | | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** | PFO MCO, LLC | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***4686 | | **Checking Acct #:** | ******0003 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 10/01/2022 | | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 09/30/2023 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,981.22 | $647.76 | $6,333.46 |

| For the period of 10/01/2022 to 09/30/2023 | | For the entire history of the account between 02/22/2022 to 9/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $6,981.22 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $6,981.22 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $6,426.78 |
| Total Compensable Disbursements: | $27.69 | Total Compensable Disbursements: | $647.76 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27.69 | Total Comp/Non Comp Disbursements: | $647.76 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $6,426.78 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN