**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-30361 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | PRO FIT OPTIX, INC. | | | Date Filed (f) or Converted (c): | 11/14/2017 (c) |
| For the Period Ending: | 09/30/2024 | | | §341(a) Meeting Date: | 12/20/2017 |
| | | | | Claims Bar Date: | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | DIP account funds. The Trustee reports that these funds remained on the conversion date and were transferred to the trustee's bank account. (u) | $0.00 | $33,100.00 | | $34,346.19 | FA |
| 1 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Duplicate DIP account asset was imported and then voided. | | | | | |
| 2 | Post petition accounts receivables. The Trustee reports that these A/R remained on the conversion date and were collected by the trustee and deposited in the trustee's bank account. (u) | $0.00 | $0.00 | | $85,142.09 | FA |
| 3 | B 3.1 and 3.2--Checking savings. Wells Fargo 3031 and 7341. Transferred to DIP account. | $83,083.39 | $0.00 | | $0.00 | FA |
| 4 | B 7.1-7.15 Deposits Alliance Office Systems and Atmos. Deposits offset by holders. | $85,935.31 | $85,935.31 | | $0.00 | FA |
| 5 | B8.1-8.2 Prepayments. Asset not remaining on conversion. | $2,413.32 | $2,413.32 | | $0.00 | FA |
| 6 | B11.a-11.b-Accounts receivables. Asset not remaining on conversion. | $150,583.37 | $150,583.37 | | $0.00 | FA |
| 7 | B21 Finished goods Eyeglass frames (held by HKO Optical in Hong Kong. Asset not remaining on conversion. | $179,744.30 | $0.00 | | $0.00 | FA |
| 8 | B39-Office furniture (net book value). Asset existed on conversion date. Trustee liquidated in Court approved auction. | $8,791.37 | $8,791.37 | | $15,105.90 | FA |
| 9 | B41 Office equipment (net book value). Asset existed on conversion date. Trustee liquidated in Court approved auction. | $83,287.67 | $83,287.67 | | $15,083.53 | FA |
| 10 | B50 Other machinery, equipment--Lab and warehouse equipment (net book value). Asset existed on conversion date. Trustee liquidated in Court approved auction. | $25,064.28 | $25,064.28 | | $32,810.45 | FA |
| 11 | B60-Patents | Unknown | $0.00 | | $104,462.50 | FA |
| 12 | B63-Customer list | Unknown | $0.00 | | $0.00 | FA |
| 13 | B65-Goodwill | Unknown | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-30361 | | | Trustee Name: | Shawn K. Brown |
| Case Name: | PRO FIT OPTIX, INC. | | | Date Filed (f) or Converted (c): | 11/14/2017 (c) |
| For the Period Ending: | 09/30/2024 | | | §341(a) Meeting Date: | 12/20/2017 |
| | | | | Claims Bar Date: | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14  B72-tax refunds-NOL carryovers and operating loss carryovers. | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:   Final tax reports have not been filed in the consolidated cases. | | | | | |
| 15  B73 Insurance policies (per PFO Global schedule B) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:   Litigation implicating insurance policies pending. | | | | | |
| 16  B74-Claims against VSP. Asset preserved in pre-conversion settlement agreement. | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:   Net interest in still pending litigation cannot be quantified until resolved. | | | | | |
| 17  Claims against directors and officers.  Action brought and settled post-conversion by trustee.  (u) | $0.00 | $15,000,000.00 | | $1,075,000.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$618,903.01   $15,389,175.32   $1,361,950.66   $0.00

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** 17-30361 | | **Trustee Name:** Shawn K. Brown |
| **Case Name:** PRO FIT OPTIX, INC. | | **Date Filed (f) or Converted (c):** 11/14/2017 (c) |
| **For the Period Ending:** 09/30/2024 | | **§341(a) Meeting Date:** 12/20/2017 |
| | | **Claims Bar Date:** 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/17/2024

UPDATE 10.17.24-CONSOLIDATED TAX RETURNS FILED IN HOLDING COMPANY FOR ALL SUBSIDIARIES.

UPDATE 10.23.23--LAWSUIT AGAINST DIRECTORS AND OFFICERS SETTLED 10.6.23. TRUSTEE TO BEGIN FINALIZING CASE AND TAXES FOR FINAL REPORT.

UPDATE 3.31.23- AP DISCOVERY PROCEEDING.

UPDATE 10.11.22-ADVERSARY PROCEEDINGS IN DISCOVERY.

UPDATE 4.6.22-LITIGATION PROCEEDING IN 2 ADVERSARY PROCEEDINGS.

UPDATE 1.17.22-D&O COVERAGE LAWSUIT MEDIATION DID NOT RESULT IN SETTLEMENT. ALL LITIGATION PROCEEDING.

UPDATE 10.11.21-DIRECTOR AND OFFICER LAWSUIT SCHEDULED FOR MEDIATION OCTOBER 27, 2021.

UPDATE 7.20.21 DIRECTOR AND OFFICER LAWSUIT IN DISCOVERY PHASE. DECLARATORY ACTION FILED BY CARRIER OVER INSURANCE COVERAGE.

UPDATE 3.29.21-DIRECTOR AND OFFICER LAWSUIT IN DISCOVERY PHASE. CLAIMS REVIEW AND POSSIBLE OBJECTION ANALYSIS ONGOING. COUNSEL TO PREPARE ANY NECESSARY OBJECTIONS. IP SALE CLOSED.

UPDATE 10.12.20-IP ASSET SALE SCHEDULED FOR HEARING 10.13.20-CLOSING TO FOLLOW. LITIGATION FOR BREACHES OF FIDUCIARY DUTY ETC. BY OFFICERS AND DIRECTORS CONTINUES TO BE PURSUED BY SPECIAL COUNSEL. ABSENT A RECOVERY IN THE LAWSUIT, THE CASES ARE LIKELY ADMINISTRATIVELY INSOLVENT, PARTICULARLY CONSIDERING THE ADMINISTRATIVE CLAIMS FROM THE CHAPTER 11 PROFESSIONALS WHICH EXCEED $190,000.

UPDATE 3.12.20--DIRECTOR AND OFFICER LAWSUIT STILLL PENDING. IP ASSET MARKETING ON HOLD FOR SOURCE CODE RESEARCH.

UPDATE 10.15.19-TRUSTEEE IS PURSUING LITIGATION AGAINST DIRECTORS AND OFFICERS AS WELL AS CHAPTER 5 ACTIONS IN THE ADMINISTRATIVELY CONSOLIDATED CASES.

UPDATE 10.16.18-LITIGATION ANALYSIS IS ONGOING. IP ASSETS TO BE MARKETED.

ASSETS ARE LIQUIDATION PROCEEDS AND CAUSES OF ACTION

MAJOR ACTIVITIES:

SECURE PROPERTY-DONE

| | | | | | |
|---|---|---|---|---|---|
| | | **SUBTOTALS** | | $0.00 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-30361 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | PRO FIT OPTIX, INC. | | | Date Filed (f) or Converted (c): | 11/14/2017 (c) |
| For the Period Ending: | 09/30/2024 | | | §341(a) Meeting Date: | 12/20/2017 |
| | | | | Claims Bar Date: | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

SECURE DOCUMENTS AND DATA-DONE

CLAIMS BAR DATE SET: 12.20.1
CLAIMS REVIEW DATE:
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

| | | | | | |
|---|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2023 | **Current Projected Date Of Final Report (TFR):** | 06/30/2025 | /s/ SHAWN K. BROWN | |
| | | | | SHAWN K. BROWN | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 17-30361 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | PRO FIT OPTIX, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0492 | | Checking Acct #: | ******0361 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/12/2017 | | SQUARE, INC. | Test debit for ACH | 6950-000 | | $0.01 | ($0.01) |
| 07/13/2017 | (1) | PRO FIT OPTIX INC | DIP Account 8731 | 1290-010 | $33,100.00 | | $33,099.99 |
| 07/13/2017 | (2) | SQUARE, INC. | ACH Verification | 1221-000 | $0.01 | | $33,100.00 |
| 07/17/2017 | (2) | PYATT EYE CARE LLC | A/R | 1221-000 | $1,200.00 | | $34,300.00 |
| 07/17/2017 | 2001 | CITY OF FARMERS BRANCH | Invoice 10114 | 6950-000 | | $200.00 | $34,100.00 |
| 07/17/2017 | 2002 | CLEANNET | Invoice DAL233578 | 6950-000 | | $270.63 | $33,829.37 |
| 07/17/2017 | 2003 | CNA INSURANCE | Invoice 0017296913 | 6950-000 | | $100.18 | $33,729.19 |
| 07/17/2017 | 2004 | Time Warner Cable | Invoice 0443608062717 | 6950-000 | | $2,015.28 | $31,713.91 |
| 07/17/2017 | 2005 | STANLEY CONVERGENT SECURITY SOLUTIONS, INC. | Invoice 14705132 | 6950-000 | | $135.32 | $31,578.59 |
| 07/17/2017 | 2006 | CATHLEEN GORDON | Expense reports 7/13/17 | 6950-000 | | $93.48 | $31,485.11 |
| 07/17/2017 | 2007 | MATHEW CEVASCO | Expense report 6/19/17 | 6950-000 | | $404.69 | $31,080.42 |
| 07/18/2017 | 2008 | DHL EXPRESS-USA | Invoice D09929712 | 6950-000 | | $491.79 | $30,588.63 |
| 07/20/2017 | (2) | HART FAMILY EYECARE | A/R | 1221-000 | $176.30 | | $30,764.93 |
| 07/24/2017 | (2) | SQUARE | A/R | 1221-000 | $132.05 | | $30,896.98 |
| 07/24/2017 | (2) | SQUARE | A/R | 1221-000 | $407.67 | | $31,304.65 |
| 07/24/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $96.35 | | $31,401.00 |
| 07/24/2017 | 2009 | HARD SIX HOLDINGS BELTWOOD, LLC | August 2017 rent | 2410-000 | | $14,204.49 | $17,196.51 |
| 07/27/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $482.35 | | $17,678.86 |
| 08/03/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $482.35 | | $18,161.21 |
| 08/07/2017 | (2) | ORENSTEIN LAW GROUP | Hillair plan funding settlement | 1221-000 | $35,000.00 | | $53,161.21 |
| 08/09/2017 | (2) | ERWIN EYE CLINIC | A/R | 1221-000 | $35.00 | | $53,196.21 |
| 08/09/2017 | (2) | MY FAMILY EYECARE LTD PC | A/R | 1221-000 | $304.00 | | $53,500.21 |
| 08/09/2017 | 2010 | CATHLEEN GORDON | Expense reports 8/7/17 | 6950-000 | | $379.94 | $53,120.27 |
| | | | **SUBTOTALS** | | $71,416.08 | $18,295.81 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 17-30361 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | PRO FIT OPTIX, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0492 | | Checking Acct #: | ******0361 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/09/2017 | 2011 | RELIANT | Invoice 170003257227 utility charges. Acct 72 174 446 4 | 6950-000 | | $655.80 | $52,464.47 |
| 08/09/2017 | 2012 | Time Warner Cable | Invoice 0443608072717 | 6950-000 | | $1,993.04 | $50,471.43 |
| 08/09/2017 | 2013 | CLEANNET | Invoice DAL236983 | 6950-000 | | $270.63 | $50,200.80 |
| 08/09/2017 | 2014 | CITY OF FARMERS BRANCH | Invoice 10114-7.25.17 | 6950-000 | | $100.00 | $50,100.80 |
| 08/09/2017 | 2015 | U. S. Trustee | Q2 2017-Pro Fit Optix 3931730361 | 2950-000 | | $4,875.00 | $45,225.80 |
| 08/09/2017 | 2016 | U. S. Trustee | Q2 2017-Pro Fit Optix Holding Company 3931730358 | 2950-000 | | $325.00 | $44,900.80 |
| 08/09/2017 | 2017 | U. S. Trustee | Q2 2017-PFO Technologies, LLC 3931730362 | 2950-000 | | $325.00 | $44,575.80 |
| 08/09/2017 | 2018 | U. S. Trustee | Q2 2017-PFO Global, Inc 3931730355 | 2950-000 | | $325.00 | $44,250.80 |
| 08/11/2017 | (2) | SQUARE INC. | A/R | 1221-000 | $482.35 | | $44,733.15 |
| 08/11/2017 | (2) | SQUARE INC. | A/R | 1221-000 | $32.85 | | $44,766.00 |
| 08/14/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $423.48 | | $45,189.48 |
| 08/14/2017 | (2) | CUNNINGHAM VISION CENTERS | A/R | 1221-000 | $233.00 | | $45,422.48 |
| 08/14/2017 | (2) | CNA | Insurance premium refund | 1221-000 | $4,690.17 | | $50,112.65 |
| 08/14/2017 | 2019 | STANLEY CONVERGENT SECURITY SOLUTIONS, INC. | Invoice 14783252 | 6950-000 | | $135.32 | $49,977.33 |
| 08/14/2017 | 2020 | Pitney Bowes Inc | Invoice 1004857090 | 6950-000 | | $31.12 | $49,946.21 |
| 08/14/2017 | 2021 | Pitney Bowes Inc | Invoice 1004823373 | 6950-000 | | $31.12 | $49,915.09 |
| 08/14/2017 | 2022 | Pitney Bowes Inc | Invoice 1004824878 | 6950-000 | | $31.12 | $49,883.97 |
| 08/14/2017 | 2023 | Pitney Bowes Inc | Invoice 1004826541 | 6950-000 | | $31.12 | $49,852.85 |
| 08/15/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $854.47 | | $50,707.32 |
| 08/16/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $7,003.82 | | $57,711.14 |
| 08/17/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $482.35 | | $58,193.49 |
| 08/18/2017 | (2) | UPS | REFUND | 1221-000 | $206.40 | | $58,399.89 |
| | | | **SUBTOTALS** | | **$14,408.89** | **$9,129.27** | |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-30361 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PRO FIT OPTIX, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0492 | Checking Acct #: | ******0361 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2023 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/18/2017 | (2) | POTTER OPTOMETRY INC | A/R | 1221-000 | $227.35 | | $58,627.24 |
| 08/18/2017 | (2) | HUNTINGTON | A/R-LARRY TOPE OD | 1221-000 | $28.00 | | $58,655.24 |
| 08/21/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $55.82 | | $58,711.06 |
| 08/24/2017 | (2) | JERRY L. MULLEN, O.D., P.C. | A/R | 1221-000 | $323.00 | | $59,034.06 |
| 08/24/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $482.35 | | $59,516.41 |
| 08/24/2017 | (2) | PRATT EYE CARE LLC | A/R | 1221-000 | $1,500.00 | | $61,016.41 |
| 08/25/2017 | 2024 | Speed Pro Imaging | Dumpster | 6950-000 | | $80.00 | $60,936.41 |
| 08/30/2017 | (15) | CNA INSURANCE | Insurance premium invoice 0017439092 | 1129-000 | $843.51 | | $61,779.92 |
| 08/30/2017 | (15) | CNA INSURANCE | Insurance premium invoice 0017439092 | 1129-000 | ($843.51) | | $60,936.41 |
| 08/30/2017 | 2025 | CATHLEEN GORDON | Expense reports 8/28/17 | 6950-000 | | $28.05 | $60,908.36 |
| 08/30/2017 | 2026 | ATMOS ENERGY | Invoice 8.23.17 | 6950-000 | | $53.50 | $60,854.86 |
| 08/30/2017 | 2027 | CITY OF FARMERS BRANCH | Invoice 10114 8.21.17 | 6950-000 | | $100.00 | $60,754.86 |
| 08/30/2017 | 2028 | VCD LABS | Refund for overpayment | 6950-000 | | $411.00 | $60,343.86 |
| 08/30/2017 | 2029 | HARD SIX HOLDINGS BELTWOOD, LLC | September 2017 rent | 2410-000 | | $14,204.49 | $46,139.37 |
| 08/30/2017 | 2030 | CNA INSURANCE | Invoice 0017439092 premium | 6950-000 | | $843.51 | $45,295.86 |
| 09/01/2017 | (2) | CANNADIAN VALLEY VISION CENTER PC | A/R | 1221-000 | $189.00 | | $45,484.86 |
| 09/07/2017 | (2) | SQUARE INC. | A/R | 1221-000 | $189.06 | | $45,673.92 |
| 09/11/2017 | (2) | RYAN GORDON | A/R | 1221-000 | $52.06 | | $45,725.98 |
| 09/12/2017 | | NEW MEXICO TAXATION AND REVENUE DEPT. | Sales and use tax filing period 12/31/16 | 2820-000 | | $5.00 | $45,720.98 |
| 09/12/2017 | | NEW MEXICO TAXATION AND REVENUE DEPT. | Sales and use tax filing period 3/31/17 | 2820-000 | | $5.00 | $45,715.98 |
| 09/12/2017 | | NEW MEXICO TAXATION AND REVENUE DEPT. | Sales and use tax filing period 6/31/17 | 2820-000 | | $5.00 | $45,710.98 |
| 09/12/2017 | 2031 | TIME WARNER CABLE | Invoice 0443608082717 | 6950-000 | | $1,959.05 | $43,751.93 |
| | | | | **SUBTOTALS** | **$3,046.64** | **$17,694.60** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 17-30361 | | Trustee Name: | Shawn K. Brown |
| --- | --- | --- | --- | --- |
| Case Name: | PRO FIT OPTIX, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0492 | | Checking Acct #: | ******0361 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2017 | 2032 | CATHLEEN GORDON | Expense reports 9/2/17 | 6950-000 | | $63.70 | $43,688.23 |
| 09/14/2017 | | SQUARE, INC. | Test transaction | 6950-000 | | $0.01 | $43,688.22 |
| 09/18/2017 | (2) | SQUARE, INC. | Test wire for account set up | 1221-000 | $0.01 | | $43,688.23 |
| 09/19/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $366.03 | | $44,054.26 |
| 09/20/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $280.83 | | $44,335.09 |
| 09/22/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $1,195.79 | | $45,530.88 |
| 09/22/2017 | | MINNESOTA DEPT OF REVENUE | Sales and use tax filing period 1/31/17 | 2820-000 | | $101.75 | $45,429.13 |
| 09/22/2017 | | MINNESOTA DEPT OF REVENUE | Sales and use tax filing period 12/31/16 | 2820-000 | | $102.08 | $45,327.05 |
| 09/22/2017 | | MINNESOTA DEPT OF REVENUE | SALES AND USE TAX FILING PERIOD 2/28/17 | 2820-000 | | $101.45 | $45,225.60 |
| 09/25/2017 | (2) | FORESIGHT EYECARE LLC | A/R | 1221-000 | $78.29 | | $45,303.89 |
| 09/25/2017 | (2) | PREMIER OPTICAL | A/R | 1221-000 | $177.30 | | $45,481.19 |
| 09/25/2017 | (2) | LARRY TOPE O.D. | A/R | 1221-000 | $101.70 | | $45,582.89 |
| 09/25/2017 | (2) | WAYNE T. MILLER, O.D., PLLC | A/R | 1221-000 | $56.00 | | $45,638.89 |
| 09/25/2017 | | STATE COMPTROLLER OF TEXAS | Sales and use tax filing period 3/31/17 | 2820-000 | | $52.00 | $45,586.89 |
| 09/27/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $833.36 | | $46,420.25 |
| 09/27/2017 | (2) | LIFETIME EYECARE, P.C. | A/R | 1221-000 | $43.45 | | $46,463.70 |
| 10/04/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $1,434.85 | | $47,898.55 |
| 10/04/2017 | 2033 | Shawn K. Brown | Reimburse for move expense Rhino Movers. Paid from personal credit card. | 2200-000 | | $630.00 | $47,268.55 |
| 10/04/2017 | 2034 | Shawn K. Brown | Reimburse Public Storage rental payment. | 2200-000 | | $235.64 | $47,032.91 |
| 10/05/2017 | 2035 | HARD SIX HOLDINGS BELTWOOD, LLC | October 2017 rent through October 15 | 2410-000 | | $7,102.45 | $39,930.46 |
| 10/05/2017 | 2036 | OPTICOM, INC. | Invoice 170891-order processing | 6950-000 | | $248.07 | $39,682.39 |
| 10/05/2017 | 2037 | ATMOS ENERGY | Invoice 9.25.17 | 6950-000 | | $51.98 | $39,630.41 |
| 10/05/2017 | 2038 | CLEANNET | Invoice DAL240850-janatorial | 6950-000 | | $270.63 | $39,359.78 |
| 10/05/2017 | 2039 | HBR TECHNOLOGIES | Invoices 117847 and 117952-system admin | 6950-000 | | $825.42 | $38,534.36 |
| | | | **SUBTOTALS** | | **$4,567.61** | **$9,785.18** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 17-30361 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | PRO FIT OPTIX, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0492 | | Checking Acct #: | ******0361 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/05/2017 | 2040 | CATHLEEN GORDON | Expense reports 9/26 (2) and 10/2/17 | 6950-000 | | $53.07 | $38,481.29 |
| 10/05/2017 | 2041 | MATHEW CEVASCO | Expense report 8.24.17 Adobe charges | 6950-000 | | $410.09 | $38,071.20 |
| 10/05/2017 | 2042 | George Adams and Co Ins. Agency LLC | Bond 10.3.17 Invoice 2692 | 2300-000 | | $315.00 | $37,756.20 |
| 10/10/2017 | (1) | BANK OF TEXAS | DIP Funds | 1290-010 | $659.98 | | $38,416.18 |
| 10/10/2017 | (1) | BANK OF TEXAS | DIP Funds | 1290-010 | $586.21 | | $39,002.39 |
| 10/16/2017 | | ROSEN SYSTEMS, INC | Auction Proceeds | * | $57,395.83 | | $96,398.22 |
| | {8} | | Auction proceeds   $15,105.90 | 1129-000 | | | $96,398.22 |
| | {9} | | Auction Proceeds   $9,479.48 | 1129-000 | | | $96,398.22 |
| | {10} | | Auction Proceeds   $32,810.45 | 1129-000 | | | $96,398.22 |
| 10/17/2017 | 2043 | NEW MEXICO TAXATION AND REVENUE DEPT. | Sales and use tax filing period 3/31/17 | 2820-000 | | $5.00 | $96,393.22 |
| 10/17/2017 | 2043 | VOID: NEW MEXICO TAXATION AND REVENUE DEPT. | Penalty payment to close account voided. Paid by ACH. | 2820-003 | | ($5.00) | $96,398.22 |
| 10/17/2017 | 2044 | NEW MEXICO TAXATION AND REVENUE DEPT. | Sales and use tax filing period 6/31/17 | 2820-000 | | $5.00 | $96,393.22 |
| 10/17/2017 | 2044 | VOID: NEW MEXICO TAXATION AND REVENUE DEPT. | Penalty payment to close account voided. Paid by ACH. | 2820-003 | | ($5.00) | $96,398.22 |
| 10/17/2017 | 2045 | MINNESOTA DEPT OF REVENUE | SALES AND USE TAX FILING PERIOD 2/28/17 | 2820-000 | | $101.45 | $96,296.77 |
| 10/17/2017 | 2045 | VOID: MINNESOTA DEPT OF REVENUE | Sales and use tax. Paid by ACH transfer debits. | 2820-003 | | ($101.45) | $96,398.22 |
| 10/17/2017 | 2046 | SQUARE, INC. | Test transaction | 6950-000 | | $0.01 | $96,398.21 |
| 10/17/2017 | 2046 | VOID: SQUARE, INC. | Test transaction for A/R collection. Voided after successful test. | 6950-003 | | ($0.01) | $96,398.22 |
| 10/23/2017 | (2) | STAMPS.COM | Postage refund | 1221-000 | $19.15 | | $96,417.37 |
| 10/23/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $255.91 | | $96,673.28 |
| 10/23/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $1,679.77 | | $98,353.05 |
| 10/25/2017 | (2) | SHAWN K. BROWN, TRUSTEE | Transfer of accounts receivable wire funds mistakenly deposited in PFO Optima case no 17-30363 | 1221-000 | $4,354.29 | | $102,707.34 |
| | | | **SUBTOTALS** | | **$64,951.14** | **$778.16** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| Case No.: | 17-30361 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PRO FIT OPTIX, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0492 | Checking Acct #: | ******0361 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2023 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $75.53 | | $102,782.87 |
| 11/07/2017 | 2047 | Mobile Shred It | Invoice 09163-final shred and clean out | 2420-000 | | $1,175.00 | $101,607.87 |
| 11/10/2017 | (2) | SQUARE, INC. | A/R | 1221-000 | $4,736.42 | | $106,344.29 |
| 11/10/2017 | 2048 | Shawn K. Brown | Reimburse Public Storage advance expense for document storage.  Nov 2017 183.66. Oct move in $214. | 2200-000 | | $397.66 | $105,946.63 |
| 12/13/2017 | 2049 | Rosen Systems, Inc. | Order Dkt# 360 | 3620-000 | | $5,017.32 | $100,929.31 |
| 12/26/2017 | (9) | ROSEN SYSTEMS, INC. | Sale proceeds--server equipment | 1129-000 | $5,604.05 | | $106,533.36 |
| 01/10/2018 | 2040 | STOP PAYMENT: CATHLEEN GORDON | Expense reports 9/26 (2) and 10/2/17 Mail delivery failed-never negotiated. | 6950-004 | | ($53.07) | $106,586.43 |
| 01/10/2018 | 2050 | CATHLEEN GORDON | Expense reports 9/26 (2) and 10/2/17 Mail delivery failed-never negotiated. | 6950-000 | | $53.07 | $106,533.36 |
| 01/10/2018 | 2051 | Shawn K. Brown | December 2017; January 2018. Storage reimbursement. Order DE# 376 | 2200-000 | | $380.00 | $106,153.36 |
| 01/22/2018 | (2) | OPTICAL ILLUSIONS, P.C. | A/R Settlement | 1221-000 | $3,000.00 | | $109,153.36 |
| 02/01/2018 | (2) | LOSH OPTOMETRY | A/R settlement | 1221-000 | $686.80 | | $109,840.16 |
| 02/05/2018 | (2) | PYATT EYE CARE LLC | A/R settlement installment one | 1221-000 | $1,000.00 | | $110,840.16 |
| 02/07/2018 | (11) | ALFA INTERNAL OPTINDO | License payment | 1121-000 | $4,462.50 | | $115,302.66 |
| 02/13/2018 | 2052 | Shawn K. Brown | February 2018. Storage reimbursement. Order DE# 376 | 2200-000 | | $190.00 | $115,112.66 |
| 02/17/2018 | (2) | MARK RASMUSSEN | A/R Settlement-Ultimate Eyecare Santa Fe, LLC | 1221-000 | $4,280.00 | | $119,392.66 |
| 02/27/2018 | (2) | optical illusions, p.c. | A/R | 1221-000 | $3,200.00 | | $122,592.66 |
| 02/27/2018 | (2) | WESLEY A. RAINWATER OD PC | A/R | 1221-000 | $109.00 | | $122,701.66 |
| 03/06/2018 | (2) | PYATT EYE CARE LLC | A/R | 1221-000 | $1,000.00 | | $123,701.66 |
| 03/06/2018 | (2) | VISION SOURCE | A/R Advanced Eyecare Specialist | 1221-000 | $406.00 | | $124,107.66 |
| 03/07/2018 | 2053 | Shawn K. Brown | March 2018. Storage reimbursement. New price $225 Order DE# 376 | 2200-000 | | $225.00 | $123,882.66 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $183.63 | $123,699.03 |
| 04/19/2018 | 2054 | AR Solutions , LLC | Fees-Order Dkt # 384 and 385 | 3991-320 | | $3,401.49 | $120,297.54 |
| | | | | SUBTOTALS | $28,560.30 | $10,970.10 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7

| | | |
|---|---|---|
| **Case No.** 17-30361 | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** PRO FIT OPTIX, INC. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** **-***0492 | **Checking Acct #:** | ******0361 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 10/01/2023 | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** 09/30/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $176.85 | $120,120.69 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $178.44 | $119,942.25 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $172.43 | $119,769.82 |
| 07/24/2018 | (11) | ALFA INTERNAL OPTINDO | License payment | 1121-000 | $4,250.00 | | $124,019.82 |
| 07/24/2018 | (11) | ALFA INTERNAL OPTINDO | License payment | 1121-000 | $4,250.00 | | $128,269.82 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $181.59 | $128,088.23 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $30.69 | $128,057.54 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($30.69) | $128,088.23 |
| 08/13/2018 | (11) | ALFA INTERNAL OPTINDO | License payment | 1121-000 | $4,250.00 | | $132,338.23 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $2,315.91 | $130,022.32 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($2,315.91) | $132,338.23 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $196.69 | $132,141.54 |
| 11/22/2018 | (11) | ALFA INTERNAL OPTINDO | License payment | 1121-000 | $4,250.00 | | $136,391.54 |
| 02/17/2019 | (11) | ALFA INTERNAL OPTINDO | License payment | 1121-000 | $4,250.00 | | $140,641.54 |
| 05/23/2019 | (11) | ALFA INTERNAL OPTINDO | License payment | 1121-000 | $4,250.00 | | $144,891.54 |
| 07/29/2019 | (11) | INTI CITRA AGUNG | License payment | 1121-000 | $4,250.00 | | $149,141.54 |
| 11/15/2019 | (11) | INTI CITRA AGUNG | License payment Q4 2019 | 1121-000 | $4,250.00 | | $153,391.54 |
| 11/19/2019 | 2055 | CATHLEEN GORDON | Expense reports 6/3/19, 6/24/19, 7/21/19 and 11/4/19. | 6950-000 | | $63.00 | $153,328.54 |
| 02/07/2020 | 2056 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances April 2018-February 2020. | 2200-000 | | $5,370.00 | $147,958.54 |
| 03/03/2020 | 2057 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances March 2020. | 2200-000 | | $260.00 | $147,698.54 |
| 04/01/2020 | 2058 | Rosen Systems, Inc. | Order Dkt # 557 | 3620-000 | | $297.41 | $147,401.13 |
| 04/03/2020 | 2059 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances April 2020. | 2200-000 | | $260.00 | $147,141.13 |
| 05/18/2020 | 2060 | CATHLEEN GORDON | Expense report 5/6/20. | 6950-000 | | $21.00 | $147,120.13 |

| | | | | **SUBTOTALS** | $34,000.00 | $7,177.41 | |

Case 17-30355-swe7   Doc 639   Filed 11/08/24   Entered 11/08/24 13:59:58   Desc Main
Document   Page 12 of 18

Page No: 8

| Case No. | 17-30361 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | PRO FIT OPTIX, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0492 | Checking Acct #: | ******0361 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2023 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/06/2020 | 2061 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances May, June, July 2020. | 2200-000 | | $849.00 | $146,271.13 |
| 08/20/2020 | 2062 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances August 2020. | 2200-000 | | $260.00 | $146,011.13 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $213.17 | $145,797.96 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $212.61 | $145,585.35 |
| 10/05/2020 | 2063 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances September and October 2020 @$283.00 ea.. | 2200-000 | | $566.00 | $145,019.35 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $211.68 | $144,807.67 |
| 11/03/2020 | 2064 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances September and November 2020 @$283.00 | 2200-000 | | $283.00 | $144,524.67 |
| 11/17/2020 | (11) | INTI CITRA AGUNG | Sale proceeds from Profitcalc Software patent | 1129-000 | $66,000.00 | | $210,524.67 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $258.92 | $210,265.75 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $306.63 | $209,959.12 |
| 01/04/2021 | 2065 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances December 2020 and January 2021 @$283.00 | 2200-000 | | $566.00 | $209,393.12 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $305.47 | $209,087.65 |
| 02/04/2021 | 2066 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances February 2021 | 2200-000 | | $283.00 | $208,804.65 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $304.76 | $208,499.89 |
| 03/09/2021 | 2067 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances March 2021 | 2200-000 | | $283.00 | $208,216.89 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $303.78 | $207,913.11 |
| 04/08/2021 | 2068 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances April 2021 | 2200-000 | | $337.00 | $207,576.11 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $302.84 | $207,273.27 |
| 05/03/2021 | 2069 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances May 2021 | 2200-000 | | $337.00 | $206,936.27 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $301.81 | $206,634.46 |
| | | | **SUBTOTALS** | | **$66,000.00** | **$6,485.67** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9

| Case No. | 17-30361 | | Trustee Name: | Shawn K. Brown |
| --- | --- | --- | --- | --- |
| Case Name: | PRO FIT OPTIX, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0492 | | Checking Acct #: | ******0361 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/04/2021 | 2070 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances June 2021 | 2200-000 | | $337.00 | $206,297.46 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $300.99 | $205,996.47 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $300.40 | $205,696.07 |
| 08/09/2021 | 2071 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances July and August 2021 | 2200-000 | | $674.00 | $205,022.07 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $299.32 | $204,722.75 |
| 09/13/2021 | 2072 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances September 2021 | 2200-000 | | $674.00 | $204,048.75 |
| 09/13/2021 | 2072 | VOID: Shawn K. Brown | Wrong amount. Should be one month $337. Issued new check. | 2200-003 | | ($674.00) | $204,722.75 |
| 09/13/2021 | 2073 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances September 2021 | 2200-000 | | $337.00 | $204,385.75 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $298.27 | $204,087.48 |
| 10/05/2021 | 2074 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances October 2021 | 2200-000 | | $337.00 | $203,750.48 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $297.21 | $203,453.27 |
| 11/04/2021 | 2075 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances November 2021 | 2200-000 | | $337.00 | $203,116.27 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $296.32 | $202,819.95 |
| 12/13/2021 | 2076 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances December 2021 | 2200-000 | | $337.00 | $202,482.95 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $295.49 | $202,187.46 |
| 01/25/2022 | 2077 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances January 2022 | 2200-000 | | $337.00 | $201,850.46 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $294.76 | $201,555.70 |
| 02/22/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $201,555.70 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $206,634.46 |
| --- | --- | --- | --- | --- | --- | --- |

**FORM 2**

Page No: 10

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-30361 | |
| **Case Name:** | PRO FIT OPTIX, INC. | |
| **Primary Taxpayer ID #:** | **-***0492 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2023 | |
| **For Period Ending:** | 09/30/2024 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0361 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $286,950.66 | $286,950.66 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $201,927.99 | |
| | | | **Subtotal** | | $286,950.66 | $85,022.67 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $286,950.66 | $85,022.67 | |

| For the period of 10/01/2023 to 09/30/2024 | | For the entire history of the account between 07/10/2017 to 9/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $286,950.66 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $286,950.66 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $85,022.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $85,022.67 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $201,927.99 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 11

| Case No. | 17-30361 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | PRO FIT OPTIX, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0492 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $201,555.70 | | $201,555.70 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $299.59 | $201,256.11 |
| 04/12/2022 | 5001 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances February-April 2022 | 2200-000 | | $1,011.00 | $200,245.11 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $288.54 | $199,956.57 |
| 05/10/2022 | 5002 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances May 2022 | 2200-000 | | $433.00 | $199,523.57 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $296.74 | $199,226.83 |
| 06/13/2022 | 5003 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -June 2022 | 2200-000 | | $433.00 | $198,793.83 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $286.19 | $198,507.64 |
| 07/13/2022 | 5004 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -July 2022 | 2200-000 | | $433.00 | $198,074.64 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $294.79 | $197,779.85 |
| 08/04/2022 | 5005 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -August 2022 | 2200-000 | | $433.00 | $197,346.85 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $293.39 | $197,053.46 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $283.44 | $196,770.02 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $283.03 | $196,486.99 |
| 11/16/2022 | 5006 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -September and October 2022 | 2200-000 | | $866.00 | $195,620.99 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $282.04 | $195,338.95 |
| 12/20/2022 | 5007 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -November and December 2022 | 2200-000 | | $866.00 | $194,472.95 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $289.85 | $194,183.10 |
| 01/25/2023 | 5008 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -January. 2023 | 2200-000 | | $433.00 | $193,750.10 |
| 03/03/2023 | 5009 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -February-March 2023 | 2200-000 | | $866.00 | $192,884.10 |
| | | | **SUBTOTALS** | | **$201,555.70** | **$8,671.60** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 12

| Case No. | 17-30361 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | PRO FIT OPTIX, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0492 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/04/2023 | 5010 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -April 2023 | 2200-000 | | $433.00 | $192,451.10 |
| 05/04/2023 | 5011 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -May 2023 | 2200-000 | | $547.00 | $191,904.10 |
| 06/05/2023 | 5012 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -June 2023 | 2200-000 | | $547.00 | $191,357.10 |
| 07/05/2023 | 5013 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -July 2023 | 2200-000 | | $547.00 | $190,810.10 |
| 08/05/2023 | 5014 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -August 2023 | 2200-000 | | $547.00 | $190,263.10 |
| 09/05/2023 | 5015 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -September 2023 | 2200-000 | | $547.00 | $189,716.10 |
| 10/09/2023 | 5016 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances - October 2023 | 2200-000 | | $547.00 | $189,169.10 |
| 10/27/2023 | (17) | Technology Insurance Co | Settlement payment for D&O lawsuit | 1249-000 | $1,075,000.00 | | $1,264,169.10 |
| 10/27/2023 | 5017 | Lorium Law | Order ECF 617 | 3210-600 | | $301,000.00 | $963,169.10 |
| 10/27/2023 | 5018 | Lorium Law | Order ECF 617 | 3220-610 | | $46,431.31 | $916,737.79 |
| 10/27/2023 | 5019 | Rochelle McCullough LLP | Local litigation counsel fees Order ECF 619 | 3210-000 | | $129,000.00 | $787,737.79 |
| 10/27/2023 | 5020 | Rochelle McCullough LLP | Local litigation counsel expenses Order ECF 619 | 3220-000 | | $20,868.27 | $766,869.52 |
| 10/27/2023 | 5021 | B. Riley Financial Advisory Services | Consultant fees and expenses Order ECF 618 | 3731-000 | | $66,962.00 | $699,907.52 |
| 11/06/2023 | 5022 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances - November 2023 | 2200-000 | | $547.00 | $699,360.52 |
| 12/04/2023 | 5023 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances - December 2023 | 2200-000 | | $547.00 | $698,813.52 |
| 01/03/2024 | 5024 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances - January 2024 | 2200-000 | | $547.00 | $698,266.52 |
| 04/03/2024 | 5025 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances - February, March April 2024 | 2200-000 | | $1,725.00 | $696,541.52 |
| 05/09/2024 | 5026 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -May 2024 | 2200-000 | | $648.00 | $695,893.52 |

**SUBTOTALS**  $1,075,000.00  $571,990.58

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 13

| Case No. | 17-30361 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | PRO FIT OPTIX, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0492 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/04/2024 | 5027 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -June 2024 | 2200-000 | | $648.00 | $695,245.52 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,000.04 | $694,245.48 |
| 08/05/2024 | 5028 | Shawn K. Brown | Order Dkt # 549-Reimburse storage advances -July-August 2024 | 2200-000 | | $1,296.00 | $692,949.48 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $996.96 | $691,952.52 |
| 09/17/2024 | 5029 | Shraiberg, Landau & Page, P.A. | Order ECF 632 | 6700-140 | | $77,770.00 | $614,182.52 |
| 09/17/2024 | 5030 | Shraiberg, Landau & Page, P.A. | Order ECF 632 | 6710-150 | | $4,448.24 | $609,734.28 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $842.91 | $608,891.37 |
| | | | **TOTALS:** | | $1,276,555.70 | $667,664.33 | $608,891.37 |
| | | | Less: Bank transfers/CDs | | $201,555.70 | $0.00 | |
| | | | **Subtotal** | | $1,075,000.00 | $667,664.33 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,075,000.00 | $667,664.33 | |

| For the period of 10/01/2023 to 09/30/2024 | | For the entire history of the account between 02/22/2022 to 9/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,075,000.00 | Total Compensable Receipts: | $1,075,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,075,000.00 | Total Comp/Non Comp Receipts: | $1,075,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $201,555.70 |
| | | | |
| Total Compensable Disbursements: | $655,824.73 | Total Compensable Disbursements: | $667,664.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $655,824.73 | Total Comp/Non Comp Disbursements: | $667,664.33 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 14

| | |
|---|---|
| Case No. | 17-30361 |
| Case Name: | PRO FIT OPTIX, INC. |
| Primary Taxpayer ID #: | **-***0492 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2023 |
| For Period Ending: | 09/30/2024 |

| | |
|---|---|
| Trustee Name: | Shawn K. Brown |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0001 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $300,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,361,950.66 | $752,687.00 | $608,891.37 |

**For the period of 10/01/2023 to 09/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $1,075,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,075,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $655,824.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $655,824.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/22/2022 to 9/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $1,361,950.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,361,950.66 |
| Total Internal/Transfer Receipts: | $201,555.70 |
| | |
| Total Compensable Disbursements: | $752,687.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $752,687.00 |
| Total Internal/Transfer Disbursements: | $201,927.99 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN