Kevin D. McCullough
State Bar No. 00788005
Shannon S. Thomas
State Bar No. 24088442
Michael T. Pipkin
State Bar No. 24122988
ROCHELLE MCCULLOUGH, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
kdm@romclaw.com
sthomas@romclaw.com
mpipkin@romclaw.com

GENERAL BANKRUPTCY COUNSEL FOR
SHAWN K. BROWN, CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.  17-30355-swe7 |
| PFO GLOCAL INC., *et al.* [1], | § | |
| | § | CHAPTER 7 |
| Debtors. | § | |
| | § | (Jointly Administered) |

## STATUS REPORT

**TO THE HONORABLE SCOTT W. EVERETT,**
**UNITED STATES BANKRUPTCY JUDGE:**

NOW COMES, Shawn K. Brown, the Chapter 7 Trustee (the "Trustee") for Pro Fit Optix Holding Company, LLC (the "Debtor"), and in response to the *Clerk's Request for Case Status* [Dkt. No. 30 in Case No. 17-30358-swe7][2] (the "Request") respectfully states as follows:

---

[1] The debtors and their respective case numbers and last four digits of U.S. tax identification numbers are as follows: PFO Global, Inc. (Case No. 17-30355, Tax ID 4332); Pro Fit Optix Holding Company, LLC (Case No. 17-30358, Tax ID 3919); Pro Fit Optix, Inc. (Case No. 17-30361, Tax ID 0492); PFO Technologies, LLC (Case No. 17-30362, Tax ID 1430 ); PFO Optima, LLC (Case No. 17-30363, Tax ID 5197); PFO MCO, LLC (Case No. 17-30365, Tax ID 4686) (collectively, the "Debtors").

[2] The Request was specifically filed in the case of Pro Fit Optix Holding Company, LLC, Case No. 17-30358-swe7. The Order Regarding Filing of Pleadings and Directing Joint Administration of Cases [Dkt. No. 22] does not provide an exception for this Status Report, so it is being filed into the lead case.

1.  The Trustee is currently working with his professionals on administering claims in each of the Debtors' cases, including the Pro Fit Optix Holding Company, LLC case.

2.  Additionally, the Trustee is working to efficiently dispose of physical documents occupying a storage unit being paid for out of the Debtors' estates. Once these documents are disposed of, the storage unit will no longer be needed and can be appropriately dealt with.

3.  After the Trustee has successfully completed the above-mentioned tasks, the cases should be ready to begin closing.

WHEREFORE, PREMISES CONSIDRED, the Trustee respectfully requests that the Court and all parties-in-interest take notice of this status report.

Dated: May 27, 2025.

Respectfully submitted,

*/s/ Michael T. Pipkin*
Kevin D. McCullough
State Bar No. 00788005
Shannon S. Thomas
State Bar No. 24088442
Michael T. Pipkin
State Bar No. 24122988
ROCHELLE MCCULLOUGH, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
kdm@romclaw.com
sthomas@romclaw.com
mpipkin@romclaw.com

GENERAL BANKRUPTCY COUNSEL FOR SHAWN K. BROWN, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERIVCE

      The undersigned hereby certifies that on the 27th day of May 2025, a copy of the foregoing Status Report was served via ECF on the parties registered with the Court to receive ECF notifications on this case.

        /s/ *Michael T. Pipkin*
        Michael T. Pipkin