**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 17-30358-SWE
**Case Name:** PRO FIT OPTIX HOLDING COMPANY, LLC
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 06/07/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | B15-Non public stock and LLC interests-Sole member of 4 joint debtors 15.1-15.4. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Pro Fit Optix, Inc., PFO Technologies, LLC, PFO Optima, LLC, PFO MCO, LLC | | | | | |
| 2 | B72 Tax refunds--NOL carryovers | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Final tax return for consolidated tax filers in the consolidated cases has not been filed. | | | | | |
| | **TOTALS (Excluding unknown value)** | **$0.00** | **$0.00** | | **$0.00** | **Gross Value of Remaining Assets**<br>**$0.00** |

**Major Activities affecting case closing:**

01/20/2026 2025_12_31 UPDATE WORK ON CLOSING AFFILIATE CASES IN PROCESS.

UPDATE 3.31.25 FINAL CLAIMS ALLOWNACE AND REPORT IN PROCESS.

CONSOLIDATED TAX RETURNS FILED IN HOLDING COMPAY FOR ALL SUBSIDIARIES.

UPDATE 10.14.24 FILED 2023 FORM 1120.

UPDATE 7.2.24-FINAL TAX RETURNS AND FINAL REPORT TO BE SUBMITTED.

NO UPDATE 7.20.21, 10.11.21, 1.17.22, 4.6.22, 10.11.22.

UPDATE 10.12.20-CASE TO REMAIN OPEN PENDING ADMINISTRATION OF AFFILIATE CASES FOR POTENTIAL ASSET OWNERSHIP ISSUES.

UPDATE 2.5.20-IP Marketing and administration of affiliated asset cases continues. This case continues to be held open for certain asset ownership issues.

UPDATE 10.15.19-MARKETING OF IP CONTINUES TO BE PURSUED.

UPDATE 4.30.18-This case is being held open pending determination of the ownership of certain intellectual property being marketed by the Trustee.

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 17-30358-SWE
**Case Name:** PRO FIT OPTIX HOLDING COMPANY, LLC
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 06/07/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2023

**Current Projected Date Of Final Report (TFR):** 12/31/2026

/s/ SHAWN K. BROWN

SHAWN K. BROWN