# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 17-30361-SWE
**Case Name:** PRO FIT OPTIX, INC.
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 03/20/2018

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | DIP account funds. The Trustee reports that these funds remained on the conversion date and were transferred to the trustee's bank account. | (u) | $0.00 | $33,100.00 | | $34,346.19 | FA |
| 1 | VOID | | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Duplicate DIP account asset was imported and then voided. | | | | | | |
| 2 | Post petition accounts receivables. The Trustee reports that these A/R remained on the conversion date and were collected by the trustee and deposited in the trustee's bank account. | (u) | $0.00 | $0.00 | | $85,142.09 | FA |
| 3 | B 3.1 and 3.2--Checking savings. Wells Fargo 3031 and 7341. Transferred to DIP account. | | $83,083.39 | $0.00 | | $0.00 | FA |
| 4 | B 7.1-7.15 Deposits Alliance Office Systems and Atmos. Deposits offset by holders. | | $85,935.31 | $85,935.31 | | $0.00 | FA |
| 5 | B8.1-8.2 Prepayments. Asset not remaining on conversion. | | $2,413.32 | $2,413.32 | | $0.00 | FA |
| 6 | B11.a-11.b-Accounts receivables. Asset not remaining on conversion. | | $150,583.37 | $150,583.37 | | $0.00 | FA |
| 7 | B21 Finished goods Eyeglass frames (held by HKO Optical in Hong Kong. Asset not remaining on conversion. | | $179,744.30 | $0.00 | | $0.00 | FA |
| 8 | B39-Office furniture (net book value). Asset existed on conversion date. Trustee liquidated in Court approved auction. | | $8,791.37 | $8,791.37 | | $15,105.90 | FA |
| 9 | B41 Office equipment (net book value). Asset existed on conversion date. Trustee liquidated in Court approved auction. | | $83,287.67 | $83,287.67 | | $15,083.53 | FA |
| 10 | B50 Other machinery, equipment--Lab and warehouse equipment (net book value). Asset existed on conversion date. Trustee liquidated in Court approved auction. | | $25,064.28 | $25,064.28 | | $32,810.45 | FA |
| 11 | B60-Patents | | Unknown | $0.00 | | $104,462.50 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 17-30361-SWE
**Case Name:** PRO FIT OPTIX, INC.
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 03/20/2018

| 1 | | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12 | B63-Customer list | | Unknown | $0.00 | | $0.00 | FA |
| 13 | B65-Goodwill | | Unknown | $0.00 | | $0.00 | FA |
| 14 | B72-tax refunds-NOL carryovers and operating loss carryovers. | | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Final tax reports have not been filed in the consolidated cases. | | | | | | |
| 15 | B73 Insurance policies (per PFO Global schedule B) | | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Litigation implicating insurance policies pending. | | | | | | |
| 16 | B74-Claims against VSP. Asset preserved in pre-conversion settlement agreement. | | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Net interest in still pending litigation cannot be quantified until resolved. | | | | | | |
| 17 | Claims against directors and officers. Action brought and settled post-conversion by trustee. | (u) | $0.00 | $15,000,000.00 | | $1,075,000.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | **$618,903.01** | **$15,389,175.32** | | **$1,361,950.66** | **$0.00** |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 17-30361-SWE
**Case Name:** PRO FIT OPTIX, INC.
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 03/20/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

09/30/2026 2026_09_30 BOND REDUCTION APPROVED.

2026_09_01_LAINFAULKNER WORKING ON FINAL CONSOLIDATED TAX RETRUNS FOR ALL ESTATES. FINAL CLAIM ANALYSIS AND ALLOCATION IN PROCESS.

2026_03_31 LAINFAULKNER CPA FIRM WORKING ON IRS CLAIM. IF IRS IS UNRESPONSIVE, CLAIM OBJECTION TO BE FILED. POSSIBLE OBJECTIONS TO PRIORITY CLAIMS TO FOLLOW.

2025_12_31 UPDATE WORK ON CLOSING AFFILIATE CASES IN PROCESS.

UPDATE 9.29.25-BUSINESS RECORDS ABANDONMENT ORDER IN PROCESS. FINAL TAX COMPLIANCE AND ADMINISTRATIVE CLAIM ALLOWNCE IN PROCESS FOR FINAL REPORTING.

UPDATE 3.31.25 FINAL CLAIMS ALLOWNACE AND REPORT IN PROCESS.

UPDATE 11.20.24-IRS ACCEPTED 2023 FORM 1120 TAX RETURN FOR ALL CONSOLIDATED ENTITIES.

UPDATE 10.17.24-CONSOLIDATED TAX RETURNS FILED IN HOLDING COMPANY FOR ALL SUBSIDIARIES.

UPDATE 10.23.23--LAWSUIT AGAINST DIRECTORS AND OFFICERS SETTLED 10.6.23. TRUSTEE TO BEGIN FINALIZING CASE AND TAXES FOR FINAL REPORT.

UPDATE 3.31.23- AP DISCOVERY PROCEEDING.

UPDATE 10.11.22-ADVERSARY PROCEEDINGS IN DISCOVERY.

UPDATE 4.6.22-LITIGATION PROCEEDING IN 2 ADVERSARY PROCEEDINGS.

UPDATE 1.17.22-D&O COVERAGE LAWSUIT MEDIATION DID NOT RESULT IN SETTLEMENT. ALL LITIGATION PROCEEDING.

UPDATE 10.11.21-DIRECTOR AND OFFICER LAWSUIT SCHEDULED FOR MEDIATION OCTOBER 27, 2021.

UPDATE 7.20.21 DIRECTOR AND OFFICER LAWSUIT IN DISCOVERY PHASE. DECLARATORY ACTION FILED BY CARRIER OVER INSURANCE COVERAGE.

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 17-30361-SWE
**Case Name:** PRO FIT OPTIX, INC.
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 03/20/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

UPDATE 3.29.21-DIRECTOR AND OFFICER LAWSUIT IN DISCOVERY PHASE. CLAIMS REVIEW AND POSSIBLE OBJECTION ANALYSIS ONGOING. COUNSEL TO PREPARE ANY NECESSARY OBJECTIONS. IP SALE CLOSED.

UPDATE 10.12.20-IP ASSET SALE SCHEDULED FOR HEARING 10.13.20-CLOSING TO FOLLOW. LITIGATION FOR BREACHES OF FIDUCIARY DUTY ETC. BY OFFICERS AND DIRECTORS CONTINUES TO BE PURSUED BY SPECIAL COUNSEL. ABSENT A RECOVERY IN THE LAWSUIT, THE CASES ARE LIKELY ADMINISTRATIVELY INSOLVENT, PARTICULARLY CONSIDERING THE ADMINISTRATIVE CLAIMS FROM THE CHAPTER 11 PROFESSIONALS WHICH EXCEED $190,000.

UPDATE 3.12.20--DIRECTOR AND OFFICER LAWSUIT STILLL PENDING. IP ASSET MARKETING ON HOLD FOR SOURCE CODE RESEARCH.

UPDATE 10.15.19-TRUSTEEE IS PURSUING LITIGATION AGAINST DIRECTORS AND OFFICERS AS WELL AS CHAPTER 5 ACTIONS IN THE ADMINISTRATIVELY CONSOLIDATED CASES.

UPDATE 10.16.18-LITIGATION ANALYSIS IS ONGOING. IP ASSETS TO BE MARKETED.

ASSETS ARE LIQUIDATION PROCEEDS AND CAUSES OF ACTION

MAJOR ACTIVITIES:

SECURE PROPERTY-DONE
SECURE DOCUMENTS AND DATA-DONE

CLAIMS BAR DATE SET: 12.20.1
CLAIMS REVIEW DATE:
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 17-30361-SWE
**Case Name:** PRO FIT OPTIX, INC.
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 03/20/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**Initial Projected Date Of Final Report (TFR):** 12/31/2023

**Current Projected Date Of Final Report (TFR):** 06/30/2027

/s/ SHAWN K. BROWN

SHAWN K. BROWN