# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 17-30362-SWE
**Case Name:** PFO TECHNOLOGIES, LLC
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 06/07/2017

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | B73-Interest in insurance policies (see PFO Global schedule B). Asset existed on conversion date. Trustee brought claims post petition, and settled same. Proceeds in affiliate case. | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Litigation implicating insurance policies pending. | | | | | |
| **TOTALS (Excluding unknown value)** | | $0.00 | $0.00 | | $0.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

01/20/2026 2025_12_31 UPDATE WORK ON CLOSING AFFILIATE CASES IN PROCESS.

UPDATE 10.17.24-CONSOLIDATED TAX RETURNS FILED IN HOLDING COMPANY FOR ALL SUBSIDIARIES.

NO UPDATE 7.20.21, 10.11.21, 1.17.22, 4.6.22, 10.11.22. 1.5.24

UPDATE 10.12.20-CASE TO REMAIN OPEN PENDING ADMINISTRATION OF AFFILIATE CASES FOR POTENTIAL ASSET OR RECOVERY OWNERSHIP ISSUES.

UPDATE 10.15.19-IP MARKETING CONTINUES.

UPDATE 4.30.18-This case is being held open pending determination of the ownership of certain intellectual property being marketed by the Trustee.

**Initial Projected Date Of Final Report (TFR):** 12/31/2023 **Current Projected Date Of Final Report (TFR):** 12/31/2026

/s/ SHAWN K. BROWN
SHAWN K. BROWN