# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 17-30363-SWE
**Case Name:** PFO OPTIMA, LLC
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 03/20/2018

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | | |
| 1 | Post petition accounts receivables. he Trustee reports that these A/R remained on the conversion date and were collected by the trustee and deposited in the trustee's bank account. | (u) | $0.00 | $0.00 | | $65,734.10 | FA |
| 2 | DIP bank funds. he Trustee reports that these funds remained on the conversion date and were collected by the trustee and deposited in the trustee's bank account. | (u) | $0.00 | $3,600.00 | | $3,600.00 | FA |
| 2 | VOID | | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Duplicate asset imported then voided | | | | | | |
| 3 | B 3.1 Wells Fargo bank funds-transferred to DIP account | | $37,474.15 | $0.00 | | $0.00 | FA |
| 4 | B8 Prepayments 8.1-8.2. Asset did not exist on conversion date. | | $325.54 | $0.00 | | $0.00 | FA |
| 5 | B11-Accounts receivables 11.a-11.b. Asset did not exist on conversion date. | | $175,240.68 | $0.00 | | $0.00 | FA |
| 6 | B21 Finished goods-Eyeglass lenses (net book value). Asset existed on conversion date and liquidated by trustee. | | $497,953.20 | $0.00 | | $29,216.47 | FA |
| 7 | B41 Office furniture | | $214.92 | $0.00 | | $0.00 | FA |
| 8 | B50 Warehouse equipment | | $0.00 | $0.00 | | $0.00 | FA |
| 9 | B60 Patents | | Unknown | $0.00 | | $0.00 | FA |
| 10 | B63-Customer list | | Unknown | $0.00 | | $0.00 | FA |
| 11 | B73-Insurance policies (per PFO Global schedule B)73-Interest in six insurance policies-. Asset existed on conversion date. Claims against directors and officers lawsuit brought and settled post-conversion by trustee. Proceeds in affiliate case. | | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Litigation implicating insurance policies pending. | | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 17-30363-SWE
**Case Name:** PFO OPTIMA, LLC
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 03/20/2018

| 1 | | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12 | Connecticut unclaimed funds. Post conversion asset. | (u) | $0.00 | $290.62 | | $290.62 | FA |
| 13 | Claims against directors and officers. 73-Interest in six insurance policies-. Asset existed on conversion date. Claims against directors and officers lawsuit brought and settled post-conversion by trustee. Proceeds in affiliate case. | (u) | $0.00 | $15,000,000.00 | | $0.00 | FA |
| **Asset Notes:** | Litigation pending | | | | | | |

| **TOTALS (Excluding unknown value)** | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | **$711,208.49** | **$15,003,890.62** | | **$98,841.19** | **$0.00** |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 17-30363-SWE
**Case Name:** PFO OPTIMA, LLC
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 03/20/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

09/01/2026 2026_09_01_LAINFAULKNER WORKING ON FINAL CONSOLIDATED TAX RETRUNS FOR ALL ESTATES. FINAL CLAIM ANALYSIS AND ALLOCATION IN PROCESS.

2026_03_31 LAINFAULKNER CPA FIRM WORKING ON IRS CLAIM. IF IRS IS UNRESPONSIVE, CLAIM OBJECTION TO BE FILED. POSSIBLE OBJECTIONS TO PRIORITY CLAIMS TO FOLLOW.

2025_12_31 UPDATE WORK ON CLOSING AFFILIATE CASES IN PROCESS.

UPDATE 9.29.25-BUSINESS RECORDS ABANDONMENT ORDER IN PROCESS. FINAL TAX COMPLIANCE AND ADMINISTRATIVE CLAIM ALLOWNCE IN PROCESS FOR FINAL REPORTING.

UPDATE 3.31.25 FINAL CLAIMS ALLOWNACE AND REPORT IN PROCESS.

UPDATE 10.23.23--LAWSUIT AGAINST DIRECTORS AND OFFICERS SETTLED.

UPDATE 10.17.24-CONSOLIDATED TAX RETURNS FILED IN HOLDING COMPANY FOR ALL SUBSIDIARIES.

10.6.23. TRUSTEE TO BEGIN FINALIZING CASE AND TAXES FOR FINAL REPORT.

UPDATE 3.31.23- AP DISCOVERY PROCEEDING.

UPDATE 10.11.22-ADVERSARY PROCEEDINGS IN DISCOVERY.

UPDATE 4.6.22-LITIGATION PROCEEDING IN 2 ADVERSARY PROCEEDINGS.

UPDATE 1.17.22-D&O COVERAGE LAWSUIT MEDIATION DID NOT RESULT IN SETTLEMENT. ALL LITIGATION PROCEEDING.

UPDATE 10.11.21-DIRECTOR AND OFFICER LAWSUIT SCHEDULED FOR MEDIATION OCTOBER 27, 2021.

UPDATE 7.20.21 DIRECTOR AND OFFICER LAWSUIT IN DISCOVERY PHASE. DECLARATORY ACTION FILED BY CARRIER OVER INSURANCE COVERAGE.

UPDATE 3.29.21-DIRECTOR AND OFFICER LAWSUIT IN DISCOVERY PHASE. CLAIMS REVIEW AND POSSIBLE OBJECTION ANALYSIS ONGOING. COUNSEL TO

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 17-30363-SWE | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** | PFO OPTIMA, LLC | **Date Filed (f) or Converted (c):** | 11/14/2017 (c) |
| **For the Period Ending:** | 09/30/2026 | **§341(a) Meeting Date:** | 12/20/2017 |
| | | **Claims Bar Date:** | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

PREPARE ANY NECESSARY OBJECTIONS.

UPDATE 10.2.20- LITIGATION FOR BREACHES OF FIDUCIARY DUTY ETC. BY OFFICERS AND DIRECTORS CONTINUES TO BE PURSUED BY SPECIAL COUNSEL. ABSENT A RECOVERY IN THE LAWSUIT, THE CASES ARE LIKELY ADMINISTRATIVELY INSOLVENT, PARTICULARLY CONSIDERING THE ADMINISTRATIVE CLAIMS FROM THE CHAPTER 11 PROFESSIONALS WHICH EXCEED $190,000.

UPDATE 10.15.19-TRUSTEEE IS PURSUING LITIGATION AGAINST DIRECTORS AND OFFICERS AS WELL AS CHAPTER 5 ACTIONS IN THE ADMINISTRATIVELY CONSOLIDATED CASES. IP ASSET MARKETING ONGOING.

UPDATE 10.16.18-LITIGATION ANALYSIS IS ONGOING. IP ASSETS TO BE MARKETED.

ASSETS ARE LIQUIDATION PROCEEDS AND CAUSES OF ACTION

MAJOR ACTIVITIES:

SECURE PROPERTY
SECURE DOCUMENTS AND DATA

CLAIMS BAR DATE SET: 12.20.17
CLAIMS REVIEW DATE:CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DAE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



**Case No.:** 17-30363-SWE
**Case Name:** PFO OPTIMA, LLC
**For the Period Ending:** 09/30/2026

**Trustee Name:** Shawn K. Brown
**Date Filed (f) or Converted (c):** 11/14/2017 (c)
**§341(a) Meeting Date:** 12/20/2017
**Claims Bar Date:** 03/20/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**Initial Projected Date Of Final Report (TFR):** 12/31/2023 **Current Projected Date Of Final Report (TFR):** 06/30/2027

/s/ SHAWN K. BROWN
SHAWN K. BROWN