Gregory W. Mitchell
THE MITCHELL LAW FIRM, L.P.
1100 W. Campbell, Suite 200
Richardson, Texas 75080
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285
ATTORNEY FOR BRIGITTE ROUSSEAU

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 17-30355-swe-7 &** |
| | § | **CASE NO. 17-30365-swe-7** |
| **PFO Global, Inc., et al.** | § | |
| **& PFO MCO, LLC** | § | **(Jointly Administered)** |
| | § | |
| ***Debtors*** | § | **Chapter 7** |

**BRIGITTE ROUSSEAU'S JOINDER IN UNITED STATES' MOTION TO REQUIRE CHAPTER 7 TRUSTEE SHAWN BROWN TO PAY IRS PRIORITY CLAIM**

**TO THE HONORABLE SCOTT W. EVERETT, U.S. BANKRUPTCY JUDGE:**

Brigitte Rousseau ("**Rousseau**"), files this *Brigitte Rousseau's Joinder in United States' Motion to Require Chapter 7 Trustee Shawn Brown to Pay IRS Priority Claim* (the "**Joinder**"), in support of *United States' Motion to Require Chapter 7 Trustee Shawn Brown to Pay IRS Priority Claim* (the "**Motion**") filed by United States of America (Internal Revenue Service) ("**Movant**") In support of its Joinder, Rousseau states as follows:

1. For the reasons stated in the Motion, Rousseau joins in and supports the Motion filed by Movant.

2. In further support of the Objection, Rousseau reiterates the assertions made in the Motion that Rousseau inquired numerous times and was told by Trustee Brown that the debt in question would be paid. Despite those representations, no payment has been made, and no

explanation for the failure to do so has been provided.

3. Prior to her departure from the employ of the Debtor, Rousseau arranged for the outstanding employment taxes in question to be paid. However, after her departure, PFO management refused and failed to pay the IRS employment taxes pursuant to the agreement Rousseau had reached with the IRS. Then, PFO filed for bankruptcy.

4. Since that date, the IRS has pursued Rousseau as a responsible person with respect to the employment taxes – this despite the fact that she did everything within her power and authority to arrange for the taxes to be paid.

5. The failure of the trustee to pay the IRS debt as promised has only exacerbated the problem and caused Rousseau a substantial amount of anxiety and cost – including the filing of now two bankruptcy cases – that could have and should have been resolved three years ago.

**WHEREFORE**, Brigitte Rousseau respectfully requests that the court grant the relief requested by the United States of America in its Motion. Rousseau requests such other and further relief to which she it may prove herself entitled.

**DATED this 29th day of October, 2026.**

Respectfully submitted,

**THE MITCHELL LAW FIRM, L.P.**

**/s/ Gregory W. Mitchell**
Gregory W. Mitchell
The Mitchell Law Firm, L.P.
1100 W. Campbell Road, Suite 200
Richardson, TX 75080
(972) 463-8417 – Office
(972) 432-7540 – Facsimile
greg@mitchellps.com
Attorney for Brigitte Rousseau

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 19, 2026**, a true and correct copy of the foregoing was served on all parties receiving notice in this matter via the Court's ECF system.

**/s/ Gregory W. Mitchell**
Gregory W. Mitchell